IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| HENRY LEE MCCOLLUM and LEON BROWN, | )<br>) **Docket # 5:15-CV-451-BO**<br>)<br>*Plaintiffs*, )<br>-versus- )<br>)<br>ROBESON COUNTY, TOWN OF RED SPRINGS, )<br>KENNETH SEALEY, both individually and in his )<br>official capacity as the Sheriff of Robeson County, )<br>KENNETH SNEAD, JOEL GARTH LOCKLEAR, )<br>LARRY FLOYD, LEROY ALLEN, ESTATE OF )<br>LUTHER HAGGINS, GERALDINE BRITT HAGGINS, )<br>as adminstratrix/executrix of the Estate of Luther Haggins, )<br>)<br>*Defendants*. ) |

## MOTION FOR SUBSTITUTION

NOW COMES Plaintiff Leon Brown, by and through the counsel, pursuant to Rule 25(b) of the Federal Rules of Civil Procedure and moves this Court to substitute Geraldine Brown Ransom, Guardian of Leon Brown, as Plaintiff in this action.

In support of this motion, Plaintiff provides the Court with the accompanying memorandum of law.

WHEREFORE, undersigned counsel respectfully requests that this Court grant the motion and substitute GERALDINE BROWN RANSOM as a party to this action as the legally appointed guardian of Plaintiff LEON BROWN.

1

Dated: November 23, 2015	Respectfully Submitted,

*/s/ Patrick Michael Megaro, Esq.*
Patrick Michael Megaro, Esq.
Halscott Megaro, P.A.
33 East Robinson Street, Suite 220
Orlando, Florida 32801
(o) 407-255-2165
(f) 855-224-1671
pmegaro@halscottmegaro.com
Florida Bar ID# 738913
New Jersey Bar ID# 3634-2002
New York Bar ID# 4094983
North Carolina Bar ID# 46770
Texas Bar ID # 24091024
Washington State Bar ID # 50050
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 23, 2015, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and served upon counsel for Defendants via CM/ECF.

Bradley O. Wood, Esq.
Womble Carlyle Sandridge & Rice, LLP
One West Fourth Street
Winston-Salem NC 27101

James R. Morgan, Jr., Esq.
Womble Carlyle Sandridge & Rice, LLP
One West Fourth Street
Winston-Salem NC 27101

Hal F. Askins, Esq.
NC Department of Justice
PO Box 629
Raleigh NC 27602

Jennifer Joy Strickland, Esq.
NC Department of Justice
PO Box 629
Raleigh NC 27602

Garris Neil Yarborough, Esq.
Yarborough, Winters & Neville, P.A.
P.O. Box 705
Fayetteville, North Carolina 28302

Timothy C. Smith, Esq.,
Yarborough, Winters & Neville, P.A.
P.O. Box 705
Fayetteville, North Carolina 28302

Joel Garth Locklear
402 Breece Street
Pembroke, North Carolina 28412
**VIA UNITED STATES MAIL**

Sarah A. Locklear
402 Breece Street
Pembroke, North Carolina 28412
**VIA UNITED STATES MAIL**

Geraldine Brown Ransom
1847 Rockrose Drive
Fayetteville, North Carolina 28302
**VIA UNITED STATES MAIL**

*/s/ Patrick Michael Megaro, Esq*
Patrick Michael Megaro, Esq.