IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| HENRY LEE MCCOLLUM and LEON BROWN, | ) |
| | ) **Docket # 5:15-CV-451-BO** |
| *Plaintiffs*, | ) |
| -versus- | ) |
| | ) |
| ROBESON COUNTY, TOWN OF RED SPRINGS, | ) |
| KENNETH SEALEY, both individually and in his | ) |
| official capacity as the Sheriff of Robeson County, | ) |
| KENNETH SNEAD, JOEL GARTH LOCKLEAR, | ) |
| LARRY FLOYD, LEROY ALLEN, ESTATE OF | ) |
| LUTHER HAGGINS, GERALDINE BRITT HAGGINS, | ) |
| as adminstratrix/executrix of the Estate of Luther Haggins, | ) |
| | ) |
| *Defendants*. | ) |

## ORDER

THIS MATTER is before the Court upon Plaintiff Leon Brown's Motion to Substitute Geraldine Brown Ransom, Guardian of Leon Brown, as Plaintiff in this matter pursuant to Rule 25(b) of the Federal Rules of Civil Procedure. Upon review by the Court, for good cause shown, the Motion is GRANTED. Accordingly, the Court respectfully requests that the Clerk of Court substitute Geraldine Brown Ransom, Guardian of Leon Brown, for Leon Brown as Plaintiff in this matter.

IT IS SO ORDERED.

Dated:

_____
HONORABLE TERENCE W. BOYLE, DCJ