| STATE OF NORTH CAROLINA | | File No. 15 SP 1266 |
|---|---|---|
| CUMBERLAND County | FILED 2015 SEP -1 P 12:43 CUMBERLAND CO., C.S.C. BY _____ | In The General Court Of Justice Superior Court Division Before the Clerk |

**IN THE MATTER OF:**

Name And Address Of Respondent
LEON BROWN

**ORDER ON PETITION FOR ADJUDICATION OF INCOMPETENCE**

| Date Of Birth | Drivers License No. Of Respondent | State NC |
|---|---|---|

G.S. 35A-1112, -1113, -1116, -1120, -1205

This matter is before the Court on a Petition for an adjudication of incompetence of the respondent. This Court has jurisdiction of the subject matter of this proceeding and of the person of the respondent; a copy of the Petition and a notice of this hearing were properly served on all persons entitled thereto; and this county is a proper venue.

☐ A hearing was held before the Clerk of Superior Court and a jury. After hearing the evidence and the instructions of the Court, and upon deliberation, the jury ☐ did ☐ did not find by clear, cogent, and convincing evidence that the respondent ☐ is incompetent. ☐ is incompetent to a limited extent and may retain some rights and privileges.

☒ A hearing was held before the Clerk of Superior Court and, after hearing the evidence, the Court ☒ does ☐ does not find by clear, cogent, and convincing evidence that the respondent ☒ is incompetent ☐ is incompetent to a limited extent and may retain some rights and privileges.

**ORDER**

It is adjudged that the Respondent is
☒ incompetent
☐ incompetent to a limited extent and it is ORDERED that:
  ☐ The Court recommends that the respondent be allowed to retain his or her driving privileges.
  ☒ a guardian be appointed by this Court.
  ☐ for good cause shown, the proceeding for the appointment and qualification of a guardian is transferred to _____ County.
  **(NOTE TO CLERK:** All original documents from the incompetency file and any interim guardian estate file in this matter are to be sent to the county where this case is transferred.)
☐ is not incompetent and the proceeding is dismissed.

Pursuant to G.S. 35A-1116, costs are: ☐ taxed to: ☐ Petitioner. ☐ Respondent. ☒ waived.

| Date 09/01/2015 | Signature Lisa Fullerton | ☒ Assistant CSC ☐ Clerk of Superior Court |
|---|---|---|

**NOTE TO CLERK:** If the respondent is adjudicated incompetent, then in all cases send a certified copy of this Order to the Division of Motor Vehicles, 3118 Mail Service Center, Raleigh, NC 27699-3118. G.S. 20-17.1(b). If the respondent resides in another county, also send a certified copy of this Order to the Clerk of the county of the respondent's legal residence to be filed and indexed as a special proceeding in that county. G.S. 35A-1112(f). If a guardian is appointed, a new estate should be opened and copies of the original petition and of this Order should be placed in the separate "E" file for the new estate.

**CERTIFICATION**

I certify that this Order on Petition For Adjudication Of Incompetence is a true and complete copy of the original on file in this case.

| Date | Signature | ☐ Deputy CSC ☐ Assistant CSC ☐ CSC |
|---|---|---|

AOC-SP-202, Rev.1/14
© 2014 Administrative Office of the Courts