| STATE OF NORTH CAROLINA | File No. |
| --- | --- |
| Cumberland County | 15-E-1260 |
| | In The General Court Of Justice<br>Superior Court Division<br>Before the Clerk |

| IN THE MATTER OF THE ESTATE OF: | |
| --- | --- |
| Name Of Ward<br>Leon Brown | **LETTERS OF APPOINTMENT<br>GENERAL GUARDIAN** |
| [X] Incompetent Person   [ ] Minor | G.S. 35A-1203, -1206, -1251; 34-2.1 |

The Court in the exercise of its jurisdiction for the appointment of guardians of incompetent persons and minors, and upon proper application, has appointed the person(s) named below as General Guardian(s) of the ward named above and has ordered that these Letters Of Appointment be issued.

The General Guardian is fully authorized and entitled under the laws of North Carolina to receive, manage and administer the property, estate and business affairs of the ward and to have the custody, care and control of the ward.

These Letters are issued to attest to that authority and to certify that it is now in full force and effect.

Witness my hand and the Seal of the Superior Court.

| Name And Address Of General Guardian 1<br>Geraldine Brown Ransom | Date Of Qualification<br>09/21/2015 |
| --- | --- |
| | Clerk Of Superior Court<br>Kimbrell Kelly Tucker |
| | **EX OFFICIO JUDGE OF PROBATE** |
| Name And Address Of General Guardian 2 | Date Of Issuance<br>09/21/2015 |
| | Signature<br>[X] Deputy CSC   [ ] Assistant CSC   [ ] Clerk Of Superior Court |

SEAL

**NOTE:** *This letter is not valid without the official seal of the Clerk of Superior Court.*

AOC-E-413, Rev. 4/11
© 2011 Administrative Office of the Courts