IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

------------------------------------------------------------------------X  Docket # 5:15-CV-451-BO

HENRY LEE MCCOLLUM and GERALDINE BROWN
RANSOM, on behalf of and as legal guardian of
LEON BROWN,

                      Plaintiffs,

      -versus-

ROBESON COUNTY, TOWN OF RED SPRINGS,
KENNETH SEALEY, both individually and in his
official capacity as the Sheriff of Robeson County,
KENNETH SNEAD, JOEL GARTH LOCKLEAR,
LARRY FLOYD, LEROY ALLEN, PAUL CANADY,
Administrator C.T.A. of the Estate of Luther Haggins,

                      Defendants.
------------------------------------------------------------------------X

## ORDER

THIS MATTER is before the Court upon Plaintiff Leon Brown's Motion to Substitute J. Duane Gilliam, Guardian of the Estate of Leon Brown, as Plaintiff in this matter pursuant to Rule 25(b) of the Federal Rules of Civil Procedure. Upon review by the Court, for good cause shown, the Motion is GRANTED. Accordingly, the Court respectfully requests that the Clerk of Court substitute J. Duane Gilliam, Guardian of the Estate of Leon Brown, for Geraldine Brown Ransom, on behalf of and as legal guardian of Leon Brown, as Plaintiff in this matter.

IT IS SO ORDERED.

Dated: May 31, 2016

                                                  _____
                                                  TERRENCE W. BOYLE
                                                  UNITED STATES DISTRICT COURT JUDGE