IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:15-CV-451-BO

| | |
|---|---|
| HENRY LEE MCCOLLUM and DUANE GILLIAM, as guardian of the estate of LEON BROWN,<br>     Plaintiffs,<br><br>vs.<br><br>ROBESON COUNTY, TOWN OF RED SPRINGS, KENNETH SEALEY, Both individually and in his official capacity As the Sheriff of Robeson County, KENNETH SNEAD, JOEL GARTH LOCKLEAR, LARRY FLOYD, LEROY ALLEN, PAUL CANADY, Administrator C.T.A. of the Estate of Luther Haggins,<br>     Defendants. | **SUGGESTION OF DEATH OF DEFENDANT LARRY FLOYD** |

  NOW COMES the undersigned counsel for the Defendants Town of Red Springs, Paul Canady, Administrator C.T.A. of the Estate of Luther Haggins and Larry Floyd (now deceased), pursuant to Rule 25(a)(3) of the Federal Rules of Civil Procedure and hereby formally notifies the Court and other parties in this matter of the death of the Defendant Larry Floyd on or about February 14, 2016. The obituary is attached as Exhibit A. Mr. Floyd died intestate and, since that time, no relative or close family friend has agreed to serve as the Personal Representative of his estate. See Exhibit B attached.

  THIS the 15th day of September, 2016.

                YARBOROUGH, WINTERS & NEVILLE, P.A.

                S/  Garris Neil Yarborough
                GARRIS NEIL YARBOROUGH, State Bar # 8110
                TIMOTHY C. SMITH, State Bar #37060
                Post Office Box 705
                Fayetteville, NC 28302
                Telephone: 910-433-4433
                E-mail: gnyesq@ywnlaw.com

# CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing Suggestion of Death of Defendant Larry Floyd has been delivered through the Federal Court's ECF system to:

Patrick Michael Megaro
Jaime T. Halscott
Schott Brettschneider
Halscott Megaro
33 E Robinson Street, Suite 210
Orlando FL 32801

Bradley O. Wood
James R. Morgan
Womble Carlyle Sandridge & Rice, LLP
One West Fourth Street
Winston-Salem NC 27101

Hal F. Askins
J. Joy Strickland
NC Department of Justice
PO Box 629
Raleigh NC 27602

This the 15th day of September, 2016.

YARBOROUGH, WINTERS & NEVILLE, P.A.

S/    Garris Neil Yarborough
GARRIS NEIL YARBOROUGH
State Bar # 8110
Post Office Box 705
Fayetteville, NC  28302
Telephone: 910-433-4433
E-mail: gnyesq@ywnlaw.com