**Larry Eugene Floyd**

Larry Eugene Floyd

LUMBERTON — Mr. Larry Eugene Floyd, of Lumberton, North Carolina, was born on Dec. 31, 1949, in Richmond, Virginia, to the late Mrs. Clara Floyd Grooms and departed this life on Feb. 14, 2016, at Southeastern Regional Medical Center, Lumberton, North Carolina.

Larry was raised in Robeson County by his uncle, the late Mr. Carry Lee Ellis, and aunt, the late Mrs. Earline Floyd Taylor.

During his years of schooling, he was employed by McMillian Funeral Home for several years. Larry attended the Public Schools of Robeson County, graduating in 1968 from South Lumberton High School.

Larry proudly served his country in the U.S. Army. During his service he received a Purple Heart. Upon his return to North Carolina he became a licensed funeral director while working for Steven Rogers Funeral Home in Fayetteville, North Carolina, for five years. Larry served his community while working for the Red Springs Police Department for 31 years, until his retirement.

In the year of 1990, Larry established L.E. Floyd Funeral Home in Red Springs, and St. Pauls, North Carolina; which served families in Robeson, Hoke, Bladen, Scotland and Cumberland counties. He based his business on the motto: "Where Everyone is Someone."

He leaves fond memories to be cherished by his fiancée and caregiver, Reatha McNeill of the home, Lumberton, North Carolina; a sister, Sharon Grooms of Philadelphia; Pennsylvania; a brother, George Lee Thompson of Lumberton, North Carolina; three daughters, Brendella Gillis of Lumberton, North Carolina, Lisa M. Troy of Lumberton, and DyAsia Floyd of Red Springs, North Carolina; two sons, Edwin Gillis (Tanikia) and Tony McIver (Matasha) of Lumberton, North Carolina; two aunts, Ethel Pearl Ford (Dallas) of Fairmont, North Carolina, and Alice Carter (Thomas) of Fayetteville, North Carolina; his uncle, William "Bill" Floyd of Fairmont, North Carolina; a special cousin and friend, Clara Lawrence of Charlotte, North Carolina; five grandchildren, Marquiece Tyrele Gillis, Jasmine McCrae, Devangelo Gillis, Jacob Seals and Malik McIver; two stepchildren, Evagale McNeill and Tyleak McNeill of the home; a host of nieces, nephews, friends; and several others which he raised as his own.

A homegoing service for Mr. Larry Eugene Floyd will be held at noon Saturday at Hillary Branch Baptist Church, 1411 Hilly Branch Road, Lumberton, North Carolina.

The viewing will be held at from 4 to 6 p.m. today at L.E. Floyd Funeral Home, Red Springs, North Carolina., and from 11 a.m. to noon Saturday at Hilly Branch Baptist Church, Lumberton, North Carolina.

Entombment will military rites will follow in Moore's Landing, Lumberton, North Carolina.

**Funeral Home**
**L E Floyd Funeral Home Inc**
115 Buie St Red Springs, NC 28377
(910) 843-8151

**Published in The Robesonian from Feb. 19 to Feb. 20, 2016**

Case 5:15-cv-00451-BO   Document 96-1   Filed 09/15/16   Page 1 of 3

9/2/2016


EXHIBIT A

| STATE OF NORTH CAROLINA | | File No. 16 E 202 |
|---|---|---|
| ROBESON County | FILED | In The General Court Of Justice<br>Superior Court Division<br>Before the Clerk |

IN THE MATTER OF THE ESTATE OF 2016 JUN -3 P 4:16

**Name Of Decedent**
LARRY EUGENE FLOYD

ROBESON CO., C.S.C.
BY _____

**RENUNCIATION OF RIGHT TO QUALIFY
FOR LETTERS TESTAMENTARY
OR LETTERS OF ADMINISTRATION**

G.S. 28A-5-1, -2

## To The Clerk Of Superior Court:

☐ 1. The undersigned hereby renounces the right to qualify as executor of the estate of the above named decedent.

☒ 2. The undersigned hereby renounces the right to administer the estate of the above named decedent and respectfully asks that the following nominee be appointed administrator of the estate.

**Name Of Nominee**
TONY E. MCIVER and EDWIN B. GILLIS

| Date 5-23-16 | Date 5-23-16 |
|---|---|
| Name Of Person Renouncing (Type Or Print)<br>LISA TROY | Name Of Witness (Type Or Print)<br>Lisa B. Grim |
| Signature Of Person Renouncing<br>Lisa M. Troy | Signature Of Witness<br>Lisa B. Grim |
| Date | Date |
| Name Of Person Renouncing (Type Or Print) | Name Of Witness (Type Or Print) |
| Signature Of Person Renouncing | Signature Of Witness |
| Date | Date |
| Name Of Person Renouncing (Type Or Print) | Name Of Witness (Type Or Print) |
| Signature Of Person Renouncing | Signature Of Witness |
| Date | Date |
| Name Of Person Renouncing (Type Or Print) | Name Of Witness (Type Or Print) |
| Signature Of Person Renouncing | Signature Of Witness |

AOC-E-200, Rev. 7/06
© 2006 Administrative Office of the Courts

Original-File


EXHIBIT B

| STATE OF NORTH CAROLINA | | File No. 16 E 202 |
|---|---|---|
| ROBESON County | | In The General Court Of Justice<br>Superior Court Division<br>Before the Clerk |

FILED
2016 JUN -3
ROBESON CO., C.S.C.
BY_____

**IN THE MATTER OF THE ESTATE OF:**
Name Of Decedent
LARRY EUGENE FLOYD

**RENUNCIATION OF RIGHT TO QUALIFY FOR LETTERS TESTAMENTARY OR LETTERS OF ADMINISTRATION**
G.S. 28A-5-1, -2

## To The Clerk Of Superior Court:

[X] 1. The undersigned hereby renounces the right to qualify as executor of the estate of the above named decedent.

[ ] 2. The undersigned hereby renounces the right to administer the estate of the above named decedent and respectfully asks that the following nominee be appointed administrator of the estate.
Name Of Nominee
Tony E. McIver and Edwin B. Gillis

| Date | Date |
|---|---|
| 5/16/2016 | 5/16/16 |
| Name Of Person Renouncing (Type Or Print)<br>BRENDELLA GILLIS-MCRAE | Name Of Witness (Type Or Print)<br>Heather Humphrey |
| Signature Of Person Renouncing<br>Brendella Gillis-McRae | Signature Of Witness<br>Heather Humphrey |

AOC-E-200, Rev. 7/06
© 2006 Administrative Office of the Courts

Original-File

Case 5:15-cv-00451-BO   Document 96-1   Filed 09/15/16   Page 3 of 3