# PLAINTIFFS' MOTION EXHIBITS

| Exhibit # | Description |
|---|---|
| 1 | Opinion in State v. Roscoe Artis, 325 N.C. 278 (N.C. 1989) |
| 2 | Transcripts of Motion for Appropriate Relief Hearing 9-2-2014 |
| 3 | Rap Sheet for Roscoe Artis (card) |
| 4 | Rap Sheet for Roscoe Artis |
| 5 | Transcript of Trial of State v. Roscoe Artis |
| 6 | Gastonia Police Department File for Bernice Moss |
| 7 | Handwritten Interview Notes of Agent David Van Parker |
| 8 | Transcript of Roscoe Artis Interview 4-6-2015 |
| 9 | Deposition of Mary McLean Richards 2-28-2017 |
| 10 | Deposition of Vernon Leroy Allen 12-14-2017 |
| 11 | Deposition of Kenneth Sealey 11-29-2016 |
| 12 | Deposition of Kenneth Sealey 12-12-2016 |
| 13 | Transcripts of Van Parker Interview 1-13-2017 |
| 14 | Transcript of 1984 Trial |
| 15 | Transcripts of 1991 Trial |
| 16 | Transcript of Suppression Hearing 1-16-1991 |
| 17 | Deposition of Henry Lee McCollum 11-28-2016 |
| 18 | Transcript of 1992 Trial |
| 19 | Deposition of Dr. Faye Sultan 1-6-2017 |
| 20 | Affidavit of Richard Rumer 3-28-1995 |
| 21 | Affidavit of Claudia Coleman 3-29-1995 |
| 22 | Affidavit of Richard Rumer 1-23-2002 |
| 23 | Affidavit of George Baroff 3-30-1995 |
| 24 | Affidavit of George Baroff 1-22-2002 |
| 25 | Affidavit of Helen Rogers 4-3-1995 |
| 26 | Affidavit of Helen Rogers 1-29-2002 |
| 27 | Final SBI Report of Kenneth Snead |
| 28 | Deposition of Kenneth Snead 11-20-2016 |
| 29 | Deposition of Geraldine Brown Ransom 2-28-2017 |
| 30 | Deposition of Leon Brown 11-29-2016 |
| 31 | Warrant for Arrest for Henry McCollum dated 9-29-1983 |
| 32 | Warrant for Arrest for Leon Brown 9-29-1983 |
| 33 | Deposition of Lee Sampson 2-22-2017 |
| 34 | Deposition of Sharon Stellato 2-23-2017 |
| 35 | Motion to Compel the State to Produce Exculpatory Evidence dated 9-21-1990 |
| 36 | Transcript of Brady Motion Hearing 10-15-1990 |
| 37 | Order Denying Motion to Suppress 7-31-1991 |

| 38 | Article From News Observer dated 8-1-2010 |
|---|---|
| 39 | Cellmark Forensic Report dated 8-22-2014 |
| 40 | Cellmark Forensic Report dated 8-29-2014 |
| 41 | Cellmark Forensic Report Combined Statistics for Cigarette Butt dated 8-29-2014 |
| 42 | Cellmark Forensic Report dated 7-29-2014 |
| 43 | Interview of Roscoe Artis by the Innocence Inquiry Commission 3-2-2011 |
| 44 | Interview of Roscoe Artis by the Innocence Inquiry Commission 7-11-2014 |
| 45 | Interview of Roscoe Artis by the Innocence Inquiry Commission 7-31-2014 |
| 46 | Interview of Roscoe Artis by the Innocence Inquiry Commission 8-22-2014 |
| 47 | Order Granting Motion for Appropriate Relief dated 9-2-2014 |
| 48 | Funeral Service Program for Mamie Brown |
| 49 | Pardons of Innocence |
| 50 | Order Adjudicating Leon Brown Incompetent dated 9-1-2015 |
| 51 | Petition for Compensation North Carolina Industrial Commission dated 6-19-2015 |
| 52 | Transcript of Hearing Before Industrial Commission 9-2-2015 |
| 53 | Award of Compensation - Henry McCollum dated 9-2-2015 |
| 54 | Award of Compensation - Leon Brown dated 9-2-2015 |
| 55 | Curriculum Vitae of Dr. Thomas Harbin |
| 56 | Evaluation Report for Plaintiffs by Dr. Thomas Harbin |
| 57 | Deposition of Dr. Thomas Harbin 12-13-2016 |
| 58 | Curriculum Vitae of Dr. Marc Janoson |
| 59 | Report by Dr. Marc Janoson for Henry McCollum |
| 60 | Report by Dr. Marc Janoson for Leon Brown |
| 61 | Deposition of Dr. Marc Janoson 2-20-2017 |
| 62 | Curriculum Vitae of Dr. Faye Sultan |