| NAME | Artis Roscoe | | ADDRESS | Rte#1 Box #33 Lincolnton, N.C. |
|---|---|---|---|---|
| | | | | 512 Queens Road  COLOR Col. |
| ALIAS | Willis Littlejohn Jr | ALIAS | | SEX M |
| AGE | 12/2/1941 HEIGHT | 6ft 3 INCHES | NATIONALITY | |
| WEIGHT | 185 LBS. | BUILD | | |
| HAIR | | EYES | | COMPLEXION |
| SCARS | | | | |
| OCCUPATION | ~~Dr. Lic #5670708 NC~~ | Uses Willis Littlejohns ID (1979) Jacket # 2807 | | 01-RRHP-7846 (94) |
| REMARKS | Drivers Lic# 2518723 N.C. | | | |

CRIMINAL RECORD, MUNICIPAL COURT, CITY OF GASTONIA, N. C.

| NO. | DATE | CRIME | JUDGMENT |
|---|---|---|---|
| CR066289 | 9/15/70 | Speeding 45-35 | |
| CR068250 | 10/17/70 | Assault on Female | Served 10/21/70 |
| CR068250 | 10/17/70 | Assault on Female | Served 10/21/70 |
| CR068255 | 10/17/70 | Follow Too Close | |
| CR104055 | 5/5/72 | Non-Support | Served 5/27/72 |
| CR107531 | 6/27/72 | Imp. Passing | |

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

NAME Artis Roscoe  Rte#1 Box 33 Linccinton, N.C.

---

| NAME | Artis Roscoe | CARD # 2 | ADDRESS | 2103 Apt 2 2nd St |
|---|---|---|---|---|
| | | | | COLOR B |
| ALIAS | Willie Littlejohn Jr | ALIAS | | SEX M |
| AGE | 12/2/41 HEIGHT | 6ft 3 INCHES | NATIONALITY | |
| WEIGHT | 185 LBS | BUILD | | |
| HAIR | | EYES | | COMPLEXION |
| SCARS | | | | |
| OCCUPATION | Uses Willis Littlejohns ID (1979) | | | |
| REMARKS | ~~Dr. Lic #5670708 NC~~ 2518723 | | JACKET # 2807 | |

CRIMINAL RECORD.  CITY OF GASTONIA, N. C.

| NO. | DATE | CRIME | JUDGMENT |
|---|---|---|---|
| CR43613?7 | 3/7/82 | Fel Larceny | Dismissed w/l 6/23/82 |

NAME

CARD #1

| NAME | Artis, Roscoe | | ADDRESS | 3145 Springvalley or Col |
|---|---|---|---|---|

| NO. | DATE | CRIME | JUDGMENT |
|---|---|---|---|
| CR104055 | 9/12/72 | Capias | 637 Colebrook Drive RRHP.-7845 |
| CR115218 | 10/22/72 | No tag | 2720 Crescent Lane |
| CR115218 | 10/22/72 | F S B L & S | 517 N Ward |
| CR140563 | 9/15/73 | Drunkeness | 108 W Walnut |
| CR179883 | 12-14-74 | ASSAULT TO COMIT RAPE | ~~218 W Walnut~~ |
| CR199073 | 4/19/75 | A B C | |
| CR286128 | 2/21/78 | Drunkeness / 90 day failure 9-14-79 | |
| CR335122 | 6/15/79 | Credit card fraud(Misd)V.G. Paid costs 7/13/79 | |
| CR341152 | 8/1/79 | Permanent revocation | |
| CR341152 | 8/1/79 | fictitious tag | |
| CR335836 | 7/21/79 | Credit card fraud | |
| CR398461 | 2/10/81 | Non support | Served 2/22/81 |
| CR417235 | 8/6/81 | Trespass | |
| CR423467 | 10/5/81 | Assault on female | |

1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20  21  22  23  24  25  26  27  28  29  30  31