```
Reference: 044300001T
Msg Key  : QH
Date/Time: 20140806082041
Source   : III

044300001T.III.QH.20140806082041.
  TO: GTA     -305881 20140806 08:20:41    005DB15D38
FROM: III             20140806 08:20:40
7L0108DA00C84E2QH
NC0360600
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/ARTIS,ROSCOE SEX/M RAC/B DOB/19411202 PUR/C
NAME                            FBI NO.          INQUIRY DATE
ROSCOE,ARTIS                    468741C          2014/08/06

SEX RACE BIRTH DATE  HEIGHT WEIGHT EYES HAIR PHOTO
 M   B   1939/01/10   600    145   BLU  XXX   N

BIRTH PLACE
UNITED STATES

FINGERPRINT CLASS       PATTERN CLASS
22 07 14 PO 16          WU RS RS WU RS LS WU LS LS LS
16 TT 12 17 16          RS       RS WU WU LS    WU
                                          AU

ALIAS NAMES
ARTIS,PEKO                      ARTIS,ROSCO
ARTIS,ROSCOE                    DAVIS,ROBERT JR
LITTLEJOHN,WILLIS JR            LITTLEJOHN,WILLIS-JR
PEKO,X                          ROSCO,X
SCRIVEN,ROSCOE                  STRIPLING,LEONARD

OTHER          SCARS-MARKS-
BIRTH DATES    TATTOOS          SOCIAL SECURITY
1941/12/02     SC ABDOM         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
               SC FACE          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
               SC LOW LIP       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
               SC UP LIP

IDENTIFICATION DATA UPDATED 2001/08/17

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
 NORTH CAROLINA - STATE ID/NC0094653A

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.

END
************************************************************************
```

```
Reference: 044300001T
Msg Key  : QH
Date/Time: 20140806082041
Source   : CCHINQ

044300001T.CCHINQ.QH.20140806082041.
  TO: GTA      -305882 20140806 08:20:41   1896593B91
  FROM: CCHINQ         20140806 08:20:40
TO:NC0360600
FROM:NC0360600
Completion Code: HIT020000
HIT(S) TO INQUIRY     (QH)

**********************************************************************
This Computerized Criminal History Response Is Based On Input Of:
ORI: NC0360600
Name: ARTIS,ROSCOE
Race:  Black   Sex:   Male  Date of Birth: 12-02-1941
Purpose Code: C  Operator Id: MLB
Attention: DET M BUTTS   Attention: HOMICIDE
**********************************************************************
                    COMPUTERIZED CRIMINAL HISTORY

Name: ARTIS,ROSCOE
SID: NC0094653A
FBI Number: 468741C
Race:  Black
Sex:   Male
Date of Birth: 12-02-1941
Birth Place: NC
Description: North Carolina
Height: 6 Ft. 03 In.
Weight: 198 Lbs.
Eyes: BROWN
Hair Color: BLACK
Skin Color: MEDIUM BROWN
Fingerprint Type: AFIS
Fingerprint Class: 01RS   02RS   03RS   04WU   05RS   06LS   07AU   08LS   09LS   10LS
DOC Number: 0011291
Arrestee DNA Available at NC State Crime Lab: No
Convicted offender DNA Available at NC State Crime Lab: Yes
Birth Dates:
           02-02-1940
           12-03-1943
           12-13-1950
Scars, Marks and Tattoos:
                    SC ABDOM
                    SC CHEST
                    SC FACE
                    SC L EYE
                    SC LIP
                    SC LOW LIP
                    SC NOSE
                    SC R EYE
                    SC UP LIP

Social Security Numbers:
                    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
                    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
                    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
Alias:
        ARTIS,PEKO
        ARTIS,ROSCO
        DAVIS,ROBERT JR
        LITTLEJOHN,WILLIS JR
        PEKO,X
        ROSCO,X
        STRIPLING,LEONARD



BASED ON NAME, RACE, SEX AND DOB ONLY.

THIS CRIMINAL HISTORY IDENTIFICATION IS FOR A SINGLE STATE RECORD.

                                Page 1
```

Case 5:15-cv-00451-BO   Document 128-4   Filed 03/29/17   Page 2 of 10

FOR COMPLETE RECORD(S), PERFORM A QR INQUIRY USING FBI OR SID.

THIS CRIMINAL HISTORY RECORD INFORMATION ON THE ABOVE-NAMED INDIVIDUAL IS A CERTIFIED COPY SUBSTANTIATED BY FINGERPRINTS, AS IT APPEARS IN THE SBI/DCI FILES.

STATE/FEDERAL REGULATIONS REQUIRE A ONE-YEAR RECORD OF DISSEMINATION.

\* \* \* CAUTION \* \* \*
CHANGES TO THIS RECORD MAY OCCUR AT ANY TIME AND A NEW INQUIRY SHOULD BE MADE FOR SUBSEQUENT USE. THIS RECORD MUST NOT BE USED AFTER 11-04-2014.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*END OF RECORD\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

```
Reference: 0443000022
Msg Key  : QR
Date/Time: 20140806082150
Source   : III

0443000022.III.QR.20140806082150.
  TO: GTA      -305887 20140806 08:21:50    005DB15D47
FROM: III              20140806 08:21:50
EL0108DA00C84F2QR
NC0360600
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FBI/468741C. THE RECORD MAY BE OBTAINED FROM
FILES WITHIN YOUR STATE. THE INTERSTATE IDENTIFICATION INDEX CONTAINS
NO ADDITIONAL DATA.
END

***********************************************************************
```

```
Reference: 0443000022
Msg Key  : QR
Date/Time: 20140806082151
Source   : CCHINQ

0443000022.CCHINQ.QR.20140806082151.
  TO: GTA       -305888 20140806 08:21:51     1896593B9D
  FROM: CCHINQ           20140806 08:21:51
TO:NC0360600
FROM:NC0360600
Completion Code: HIT010000
SINGLE HIT    (QR)

*********************************************************************
This Computerized Criminal History Response Is Based On Input Of:
ORI: NC0360600  Purpose Code: C
Attention: DET M BUTTS   Attention: HOMICIDE   Operator Id: MLB
Name: ARTIS,ROSCOE
FBI Number: 468741C
*********************************************************************
                     COMPUTERIZED CRIMINAL HISTORY

Name: ARTIS,ROSCOE
SID: NC0094653A
FBI Number: 468741C
Race:  Black
Sex:   Male
Date of Birth: 12-02-1941
Birth Place: NC
Description: North Carolina
Height: 6 Ft. 03 In.
Weight: 198 Lbs.
Eyes: BROWN
Hair Color: BLACK
Skin Color: MEDIUM BROWN
Fingerprint Type: AFIS
Fingerprint Class: 01RS   02RS   03RS   04WU   05RS   06LS   07AU   08LS   09LS   10LS
DOC Number: 0011291
Arrestee DNA Available at NC State Crime Lab: No
Convicted offender DNA Available at NC State Crime Lab: Yes
Birth Dates:
            02-02-1940
            12-03-1943
            12-13-1950
Scars, Marks, and Tattoos:
                      SC ABDOM
                      SC CHEST
                      SC FACE
                      SC L EYE
                      SC LIP
                      SC LOW LIP
                      SC NOSE
                      SC R EYE
                      SC UP LIP

Social Security Numbers:
                      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
                      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
                      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
Alias:
       ARTIS,PEKO
       ARTIS,ROSCO
       DAVIS,ROBERT JR
       LITTLEJOHN,WILLIS JR
       PEKO,X
       ROSCO,X
       STRIPLING,LEONARD


Cycle 01  Arrested: 01-18-1957   SID: NC0094653A   FBI Number: 468741C
Arrest Name: ARTIS,ROSCOE
Offense Charge: 01   ARREST DATA NOT RECEIVED
Court Docket: NOT AVAILABLE
Court Offense: 001  ASLT ON FEMALE W/INT TO COMMIT RAPE
Verdict: GUILTY
Confinement: 1Y-1Y3M
Special Conditions: SENTENCE INDETERM

Custody Status: A    Custody ORI: NC092065CNC DEPT OF CORRECTIONS-RALEIGH
                                 Page 1
```

Case 5:15-cv-00451-BO   Document 128-4   Filed 03/29/17   Page 5 of 10

```
Custody Date: 01-18-1957  Custody Status: RECEIVED

Cycle 02  Arrested: 10-09-1961   SID: NC0094653A  FBI Number: 468741C
Arresting Agency ORI: NC0410200     GREENSBORO PD - RECORDS
Arrest Name: ARTIS,ROSCOE
Agency Case Number: 54409
Arrest Provisions: PD WINSTON SALEM NC
Offense Charge: 01  ESCAPE/NC DEPT OF CORR   Offense Provision: TOT
Court Docket: NOT AVAILABLE
Court Offense: 001  ESCAPE/NC DEPT OF CORR
Verdict: GUILTY
Confinement: 6M
Special Conditions: EXP OF 1 ADD CONFINE SENT
Court Docket: NOT AVAILABLE
Court Offense: 002  LARCENY OF AUTOMOBILE
Verdict: GUILTY
Confinement: 6M
Special Conditions: EXP OF B

Custody Status: A   Custody ORI: NC092065CNC DEPT OF CORRECTIONS-RALEIGH
Custody Date: 10-10-1961  Custody Status: RECEIVED
Custody Status: B   Custody ORI: NC092065CNC DEPT OF CORRECTIONS-RALEIGH
Custody Date: 07-01-1965  Custody Status: PAROLED
Custody Status: C   Custody ORI: NC092065CNC DEPT OF CORRECTIONS-RALEIGH
Custody Date: 08-30-1967  Custody Status: PAROLE REVOKED

Cycle 03  Arrested: 08-29-1967   SID: NC0094653A  FBI Number: 468741C
Arrest Name: ARTIS,ROSCOE
Offense Charge: 01  ARREST DATA NOT RECEIVED
Court Docket: NOT AVAILABLE
Court Offense: 001  ASSAULT ON FEMALE
Verdict: GUILTY
Confinement: 1Y
Special Conditions: HOLD FOR BAL DUE ON 1

Custody Status: A   Custody ORI: NC092065CNC DEPT OF CORRECTIONS-RALEIGH
Custody Date: 08-29-1967  Custody Status: RECEIVED

Cycle 04  Arrested: 03-18-1974   SID: NC0094653A  FBI Number: 468741C
Arrest Name: ARTIS,ROSCOE
Offense Charge: 01  ARREST DATA NOT RECEIVED

Disposition Date: 03-18-1974  Court Docket: NOT AVAILABLE
Court Offense: 001  LARCENY IN GENERAL
Verdict: GUILTY
Confinement: 6M

Disposition Date: 03-18-1974  Court Docket: NOT AVAILABLE
Court Offense: 002  DRIVE WHILE LICENSE REVOKED
Verdict: GUILTY
Confinement: 6M
Special Conditions: CONCURRENT SENT

Disposition Date: 03-18-1974  Court Docket: NOT AVAILABLE
Court Offense: 003  DRIVE UNDER INFLUENCE/3RD OFF
Verdict: GUILTY
Special Conditions: MULT CHG 1 DISPO

Custody Status: A   Custody ORI: NC092065CNC DEPT OF CORRECTIONS-RALEIGH
Custody Date: 03-22-1974  Custody Status: RECEIVED

Cycle 05  Arrested: 12-14-1974   SID: NC0094653A  FBI Number: 468741C
Arresting Agency ORI: NC0360600     GASTONIA PD COMMUNICATIONS
Arrest Name: ARTIS,ROSCOE
Agency Case Number: 2807
Arrest Provisions: BOND $200
Offense Charge: 01  ASSAULT W/INT TO COMMIT RAPE

Cycle 06  Arrested: 12-18-1975   SID: NC0094653A  FBI Number: 468741C
Arrest Name: ARTIS,ROSCOE
Offense Charge: 01  ARREST DATA NOT RECEIVED

Disposition Date: 12-18-1975  Court Docket: NOT AVAILABLE
Court Offense: 001  DRIVE WHILE LICENSE REVOKED
Verdict: GUILTY
Confinement: 1Y-1Y6M
Special Conditions: SENTENCE INDETERM

Disposition Date: 12-18-1975  Court Docket: NOT AVAILABLE
```

Case 5:15-cv-00451-BO   Document 128-4   Filed 03/29/17   Page 6 of 10

Court Offense: 002   DRIVING UNDER INFLUENCE
Verdict: GUILTY
Confinement: 6M
Special Conditions: CONSECUTIVE SENT

Disposition Date: 12-18-1975   Court Docket: NOT AVAILABLE
Court Offense: 003   DRIVE WHILE LICENSE REVOKED
Verdict: GUILTY
Special Conditions: MULT CHG 1 DISPO

Custody Status: A   Custody ORI: NC092065CNC DEPT OF CORRECTIONS-RALEIGH
Custody Date: 01-28-1976   Custody Status: RECEIVED

Cycle 07   Arrested: 06-15-1979   SID: NC0094653A   FBI Number: 468741C
Arresting Agency ORI: NC0360600      GASTONIA PD COMMUNICATIONS
Arrest Name: LITTLEJOHN,WILLIS JR
Agency Case Number: 3266
Offense Charge: 01   CREDIT CARD FRAUD

Cycle 08   Arrested: 09-17-1979   SID: NC0094653A   FBI Number: 468741C
Arrest Name: ARTIS,ROSCOE
Offense Charge: 01   ARREST DATA NOT RECEIVED

Court ORI: NC036025J   GASTON CO DIST COURT - GASTONIA
Disposition Date: 09-17-1979   Court Docket: 1979CR 015531
Court Offense: 001   DRIVING WHILE LICENSE REVOKED/MISD
Verdict: GUILTY
Confinement: 14M-15M
Special Conditions: SENTENCE INDETERM

Court ORI: NC036025J   GASTON CO DIST COURT - GASTONIA
Disposition Date: 09-17-1979   Court Docket: NOT AVAILABLE
Court Offense: 002   DISPLAYING FICTITIOUS LICENSE/MISD
Verdict: GUILTY
Special Conditions: MULT CHG 1 DISPO

Court ORI: NC036025J   GASTON CO DIST COURT - GASTONIA
Disposition Date: 09-17-1979   Court Docket: 1979CR 016935
Court Offense: 003   DRIVING UNDER INFLUENCE/2ND OFFENSE/MISD
Verdict: GUILTY
Confinement: 6M
Special Conditions: CONCURRENT SENT

Custody Status: A   Custody ORI: NC092065CNC DEPT OF CORRECTIONS-RALEIGH
Custody Date: 09-26-1979   Custody Status: RECEIVED

Cycle 09   Arrested: 03-12-1981   SID: NC0094653A   FBI Number: 468741C
Arrest Name: ARTIS,ROSCOE
Offense Charge: 01   ARREST DATA NOT RECEIVED

Court ORI: NC036035J   GASTON CO SUP COURT - GASTONIA
Disposition Date: 03-12-1981   Court Docket: 1980CRS023419
Court Offense: 001   DRIVING WHILE LIC PERMANENTLY RVKD/MISD
Verdict: GUILTY
Confinement: 1Y

Court ORI: NC036035J   GASTON CO SUP COURT - GASTONIA
Disposition Date: 03-12-1981   Court Docket: 1980CRS023420
Court Offense: 002   OPER M/V WHILE AMT OF ALCOHOL WAS 10 OR MORE
Verdict: GUILTY
Special Conditions: CCN/80CRS23420,23423,23248

Custody Status: A   Custody ORI: NC092065CNC DEPT OF CORRECTIONS-RALEIGH
Custody Date: 04-29-1981   Custody Status: RECEIVED
Custody Status: B   Custody ORI: NC092065CNC DEPT OF CORRECTIONS-RALEIGH
Custody Date: 07-12-1981   Custody Status: PAROLED

Cycle 10   Arrested: 03-07-1982   SID: NC0094653A   FBI Number: 468741C
Arresting Agency ORI: NC0360600      GASTONIA PD COMMUNICATIONS
Arrest Name: ARTIS,ROSCOE
Agency Case Number: 2807
Offense Charge: 01   AUTO LARCENY

Court ORI: NC036025J   GASTON CO DIST COURT - GASTONIA
Disposition Date: 06-23-1982   Court Docket: 1982CR 005337
Court Offense: 001   LARCENY-FEL
Disposition: Dismissal With Leave (By DA)

Cycle 11   Arrested: 01-13-1983   SID: NC0094653A   FBI Number: 468741C

```
Arresting Agency ORI: NC0600100     CHARLOTTE MECKLENBURG PD RECORDS
Arrest Name: STRIPLING,LEONARD
Agency Case Number: 68948
Offense Charge: 01  UNLAWFUL C0NCEALMENT-SH0PLIFTING

Court ORI: NC060-MECKLENBURG CO COURTS
Disposition Date: 01-24-1983   Court Docket: NOT AVAILABLE
Court Offense: 001  UNLAWFUL C0NCEALMENT
Verdict: GUILTY
Special Conditions: CREDIT 12 DAYS CREDIT W/TIME

Cycle 12  Arrested: 10-22-1983    SID: NC0094653A   FBI Number: 468741C
Arresting Agency ORI: NC0780000     ROBESON CO SO COMMUNICATIONS
Arrest Name: ARTIS,ROSCOE
Agency Case Number: 4077
Offense Charge: 01  MURDER
Offense Charge: 02  RAPE-1ST DEGREE

Court ORI: NC078035J  ROBESON CO SUP COURT - LUMBERTON
Disposition Date: 08-31-1984   Court Docket: 1983CRS016615
Court Offense: 001  MURDER-1ST DEGREE-FEL
Verdict: GUILTY
Confinement: DEATH

Court ORI: NC078025J  ROBESON CO DIST COURT-LUMBERTON
Disposition Date: 10-18-1984   Court Docket: 1983CR 016616
Court Offense: 002  RAPE-1ST DEGREE
Disposition: Dismissed

Custody Status: A    Custody ORI: NC092065CNC DEPT OF CORRECTIONS-RALEIGH
Custody Date: 08-31-1984   Custody Status: RECEIVED

Prison Status Date: 09-04-1991       SID: NC0094653A   FBI Number: 468741C
Prison ORI: NC092065C  NC DEPT OF CORRECTIONS-RALEIGH
Status: REL CRT ORD

Prison Date: 09-04-1991A    SID: NC0094653A   FBI Number: 468741C
Prison ORI: NC092065C  NC DEPT OF CORRECTIONS-RALEIGH
Prisoner Name: ARTIS,ROSCOE
Status: SUBJECT BEING HELD IN PRISON AS SAFEKEEPER

Prison Count: 01
Offense: MURDER
Court ORI: NC078035J  ROBESON CO SUP COURT - LUMBERTON
Disposition Date: 09-03-1991   Court Docket: 1983CRS016615
Prison Count: 02
Offense: 1ST DEGREE RAPE
Court ORI: NC078035J  ROBESON CO SUP COURT - LUMBERTON
Disposition Date: 09-03-1991   Court Docket: 1983CRS016616

Prison Date: 09-04-1991B    SID: NC0094653A   FBI Number: 468741C
Prison ORI: NC092175C  NC CORR IDENT BRANCH-RALEIGH
Prisoner Name: ARTIS,ROSCOE
Status: SUBJECT INCARCERATED FOR THE FOLLOWING CONVICTIONS:

Prison Count: 01
Offense: MURDER FIRST DEGREE    - FELONY
Court ORI: NC078035J  ROBESON CO SUP COURT - LUMBERTON
Disposition Date: 08-30-1984   Court Docket: 1983CRS016615  Confinement: LIFE
Special Conditions: W/0 PAR0LE, C0NC W/1

BASED ONLY ON FBI NUMBER.


THIS CRIMINAL HISTORY IS FOR A SINGLE STATE RECORD.

THIS CRIMINAL HISTORY RECORD INFORMATION ON THE ABOVE-NAMED INDIVIDUAL IS A
CERTIFIED COPY SUBSTANTIATED BY FINGERPRINTS, AS IT APPEARS IN THE SBI/DCI
FILES.

STATE/FEDERAL REGULATIONS REQUIRE A ONE-YEAR RECORD OF DISSEMINATION.

                    * * *  CAUTION  * * *
CHANGES TO THIS RECORD MAY OCCUR AT ANY TIME AND A NEW INQUIRY SHOULD
BE MADE FOR SUBSEQUENT USE. THIS RECORD MUST NOT BE USED AFTER 11-04-2014.

****************************END OF RECORD**********************
********************************************************************************
```

```
Reference: 044300002B
Msg Key  : QACR
Date/Time: 20140806083550
Source   : AOCINQ

044300002B.AOCINQ.QACR.20140806083550.
  TO: GTA      -305892 20140806 08:35:50    18B53819F3
  FROM: AOCINQ             20140806 08:35:50
TO:NC0360600
FROM:NC0360600
Completion Code:
    (ACCD)
****************************************************************
            NC Administrative Office of the Courts
                 Criminal Case Court Docket Inquiry
This AOC Response Is Based On Input Of:
County: GASTON   Docket Number: 1990CR 000887

****************************************************************
  ARTIS,ROSCOE                        RS:BM
ROBESON CO JAIL
LUMBERTON           NC
Alias: ARTIS,ROSCOE
County: GASTON   Case #: 1990CR 000887
Witnesses: CREASON,W,D  - LAW ENFORCEMENT
           PARLIER,D,H  - LAW ENFORCEMENT
           MICHAELS,S,C - LAW ENFORCEMENT
Offense: 01  F  MURDER    General Statute: 14-17
  Offense Date: 08-23-1980
  Disposition Date: 01-09-1990
  Mod: VD   VOLUNTARY DISMISSA
  Credit Time Served: 000 Days
  Special Conditions: EJ KROMIS, ASS'T DA
** SUCCESSFUL RETURN **
* END OF MESSAGE *

****************************************************************
```