9-29-83 interview of Leon Brown. of 104 Malpass st Red springs. N.C DOB 11-24-67

Leon states, the past saturday night, while his sister Geraldine, and her boy friend Lewis (LB) were out at Harry's store in the game room, his brother Buddy (another person), Darrell, and Chris Brown, Came walking down the street in front of his house, as he walked out onto the street and met them.

He states Darrell said we're going to get sabrina, and rape her, then he said we're going to kill her after we Rape her. Buddy (another person) spoke and said you're going with us man, then I said I ain't going I'm going home man, then Buddy (the other person) spoke and said you're going man we're with Darrell ain't we. Chris didn't say anything at this time. Thats when Darrell pulled me by my jacket, he tore it, and then he pushed me up front, and said keep walking if you stop I feel for you, I hate it. we all then walked out to Richardson street, and turned on it, and walked to the old maxton road, and turned walking toward Harry's store, after we passed Carl Hardie house we all got off the high-way, and got on the grass. we all stood there on the grass waiting for Sabrina to come by walking.

He states, Darrell said, while they were waiting for her to come, we mit as well kill her because we will be already (LB) in trouble for roping her. He said; by the time we got there good, Sabrina came walking down the road Coming from Harry's store.

JAS LEON BROWN LSH.

EXHIBIT 17

A 008807

He said, when Sabrina got to where they were waiting Darrell stopped up on the high-way, and said to Sabrina, whats up with that, she said what you Main with whats up with that, he said you Know what I,m talking about come on let me hold your arm, and walk you over here across the field. Darrell then took her by the arm, and she started pulling away, and said no man, I,m going home man, then he said come on let me talk to you a few minutes, thats when he jerked her by the arm, and they all started walking across the bean field, He said, I was walking in the back, as we cross the field. He said, after we cross the bean field, we all went into the woods.

He said, after we all got in the woods, Darrell said to him, chris, and Buddy (the other man), whose gone be first man, then nobody didn,t say anything, then he said I,ll be first. He said, Darrell was standing facing Sabrina so she couldn,t go no where at this time. He said, Darrell said to Sabrina, do you want me to take your clothes off or are you gone take them off, she said no get off me! get off me! Darrell then started taking Sabrina,s clothes off, and she started hitting Darrell arms, and saying get off me! get off me! He said Darrell took off Sabrina,s clothes by himself. He said when Darrell started raping Sabrina, she was still fighting him, then Darrell said somebody come hold her arms, and chris Brown said, I,ll come hold them.

A 008808

He said, Chris Brown, then took both of Sabrina.s arms and held them flat down. He said, while chris Brown was holding Sabrina.s arms, Darrell got on top of Sabrina, and fucked her. He said, when Darrell got through fucking her he got up, then while chris was still holding Sabrina.s arms, Buddy [the other man] went second. He got on top of Sabrina and fucked her, He said, while Darrell and Buddy [the other man] was fucking her, Sabrina kept saying stop and get off.

He said, Darrell began holding Sabrina by both of her arms, after Buddy [the other man] got through. Leon said, I then got on top of Sabrina while Darrell was holding her arms. He said, Sabrina said to him, Leon don.t ~~[illegible]~~ LB listen to them they.ll just get you in trouble. He said thats when Darrell said do it right man, you ain.t trying to do it, do it like every body else man. He said, that when I began fucking her, Sabrina kept saying get off get off. He said when I got off of her Darrell said get back on her and do it again you aint doing it right. He said, I told Darrell no forget it man.

He said chris Brown got on Sabrina and began fucking her next while Darrell was still holding her arms. He said, thats when Sabrina ~~[illegible]~~ LB started crying, and screaming. He said chris was fucking Sabrina on top of her at this time, then he rolled her over and began fucking her in her ass, and thats when Sabrina really began screaming loud, and she said son of a bitch you.re going to pay for this. He said when

A 008809

Sabrina over, and began fucking her in the ass, Darrell turned her arms loose, because chris had control of her then, while he held both of her arms down. He said, chris stayed on her a long time, then after a while Darrell pulled chris off, and said stop man thats enough.

He said, while the four of them were standing up. Sabrina got up, and was leaving she said I'm going home. He said Darrell spoke; and said man we can't let her go home, Leon said, I spoke and said why not then Darrell said, if she goes home man, she'll ~~~~ LB will tell her mother man, and we'll really be in trouble more Leon said. I said its to fat man we'll already in trouble.

He said, chris spoke, and said how we gone kill this girl man, and where're we gone put her at? Darrell said, don't worry about that man, the ditch man. chris said who all's gone help kill her? Leon said, I said count me out. the other boy Boddy said whats wrong man, He said, I said I ain't never did nothing like this before man, not killing no girl. the other boy Boddy said, whats wrong man you scared to do it? He said. I said well I'm just gone set right here man you'll go on and do what you'll want to do. ~~He said I ... out~~ LB LB He said, thats when, Darrell said come on chris I know you ain't gone be chicken like Leon. Chris said, Leon man is you gone do it to? He said, thats when I said no man, if I were you I wouldn't do it man because we're already in enough tro[uble]

A 008810

Darrell said, come on man less do it and get it over with so we can get out of here.

He said chris Brown threw sabrina on the ground in the woods, and got on top of her, and started beating her up. He said, Darrell started choking her, and she was trying to scream but she couldn't. He said Buddy was hitting her with his fists. He said they beat, and choked sabrina for a good while, and she was still alive a little bit. He said Darrell then pulled sabrina mouth all the way open, and chris took her panties, and tied them in a knot, and balled them up, then he pushed the panties in her mouth with his two hands, He said chris had his hands all the way into her mouth. He said, chris then kicked her with his foot. He said after LB the panties were put down her mouth, and she was kicked, thats when she died.

Darrell said, less throw her in the ditch now. Buddy said what if they find her in the ditch? Darrell said, that will be the last place they,ll look. He said, then Darrell, chris, and Buddy picked sabrina up in the woods. He said, Darrell was holding her two arms out, chris was holding up the middle part of her body, and Buddy was holding her two legs. He said, they walked out of the woods across the bean field to the ditch behind Darrell house. He said Darrell, Chris, and Buddy laid sabrina,s body down in the edge of the ditch behind Darrell house and the house next to Darrell,s house. He said, after they put her on the edge of the ditch, he said I,m going home man. He said, Darrell said go a head man, but if anybody finds out you know

A 008811

shut up man. He said when I left: Darrell, Chris, and [illegible] Buddy my brother was still at the ditch where Sabrina's LB body was at.

He said, I walked on to my house, and went in side, and my mother was in the bed asleep, and I started to wake her up but then I didn't want to worry her by telling her what happen to Sabrina. I then walked on into the kitchen, and sat down, Lewis Sinclair, and my sister Geraldine were in the kitchen feeding the baby. He said, I told Lewis, and Geraldine all about the rape, and killing of Sabrina, He said LB I told them how everything started. He said I told them how Chris, [illegible] Buddy, Darrell, and myself Raped Sabrina, and how Chris, [illegible] Buddy, and Darrell killed her, but they didn't believe me, so I went to bed.

He said, when Darrell took Sabrina's clothes off her in the woods, he balled them up, and threw them over into the woods. He said when they took her body out of the wood to the ditch, they didn't pick up her clothes in the woods.

Leon Brown

9-29-83

Luther W. Haggins

Joel G. Lockler

A 008812