9-29-83

Leon said, when I ask him would he tell his mother the true story about how you help rape sabrina and how she was killed just like you have told me when I bring him in here.? He said I,ll already told her all about it, and she told me not to say anything about it, when I came in hue, she said fore me to say I was home asleep when it happen because she was going to say that I was home in bed asleep when it happen and I better say the same thing, but I didn,t. I I,ve told the truth about it to you.

Leon Brown

Jack H. Latt
[signature]
K[signature]

EXHIBIT
14

A 008813

Case 5:15-cv-00451-BO   Document 148-13   Filed 03/30/17   Page 1 of 1