9-27-83, Interview Henry Lee McCollum, 401 Malpass St Red Springs. no phone.

He stated, this pass saturday night, L.P. Sinclair's mother ast him to go get him and tell him to come home. He said he told her where L.P. was at.

He said, I walked over to the mill village to a girl name Lisa's house where L.P. was at. I told him his mother said to go home. He said, he and his brother Leon Brown walked back home, as L.P. left from there like he was going home. He said, he had been home five-to fifteen minutes before L.P. showed up at his house. he said it was between 11- and 12 pm a he come into the house. He said after about five minutes, Lewis, Geraldine and L.P. walked out the house together. He said right after they left he and his mother went up town to a store, one or they pass Hardin's store. They both seen a white T Bird parked behind Harry's store it was about 12:30 am. he didn't see anyone around the car or store. He said they were up town for just a few minutes + came back home, he doesn't remember looking for the white T Bird as they returned home. He said after they sat home they went to bed.

He said, he didn't see L.P. Lewis, or his sister Geraldine anymore that night, but when he got up sunday morning between 11 & 12 Geraldine was home. Lewis un L.P were at his house.

He said, the only time he saw Sabrina saturday she was w...

100-H-24

(See Attachment Number Four (4), an Application for Nontestimonial Identification Order For Juvenile on LEON BROWN, also Affidavit For Nontestimonial Identification Order For Juvenile on LEON BROWN.)

HENRY LEE MCCOLLUM, B/M/19, AKA: BUDDY, Student, 104 Malpass Street, Red Springs, North Carolina, No Phone, Suspect:

MCCOLLUM was interviewed at his residence on September 27, 1983, Tuesday, by Detective Garth Locklear of the Robeson County Sheriff's Department.

"MCCOLLUM states this past Saturday night, L. P. Sinclair's mother asked him to go get him (Sinclair) and tell Sinclair to come home. He said he told her where L. P. was at.

States he walked over to the Mill Village to a girl named Lisa's house where L. P. was at. States he told L. P. his mother said to go home. Said he and his mother, LEON BROWN, walked back home as L. P. left, like he was going home. He said he had been home five (5) to fifteen (15) minutes before L. P. showed up at his house. He said it was between 11:00 and 12:00 PM. States he came into the house. He said after about five (5) minutes Lewis and Geraldine and L. P. walked out of the house together. He said right after they left he and his mother went uptown to a store and as they passed Hardin's Store they both saw a white Thunderbird parked behind Harry's store, this was about 12:30 AM.

States he didn't see anyone around the car or the store. He said they were uptown for just a few minutes and came back home, he doesn't remember looking for the white Thunderbird as they returned home. He said after they got home they went to bed.

States that he did not see L. P., Lewis, or his sister, Geraldine, any more that night, but when he got up Sunday morning between 11:00 and 12:00 Geraldine was home. Lewis nor L. P. were at his house.

He states the only time he saw Sabrina, Saturday she was walking to the Short Stop and it was around 12:00 Noon."