

























































80-617

Case 5:15-cv-00451-BO   Document 150-12   Filed 03/30/17   Page 30 of 64













ME-80-617























































LIPSCOMB, DAVID                    FORGERY



MER-64
8-24-80