EXHIBIT 35

Excerpts documenting Roscoe Artis polygraph examination from the SBI file

CONFIDENTIAL: This is an official file of the North Carolina State Bureau of Investigation. To make public or reveal the contents thereof to any unauthorized person is a violation of the General Statutes of North Carolina.

```
SBI CASE:    2014-02534  (836)
ACTIVITY:    April 7, 2015
VICTIM(S):   Sabrina Buie
COPIES:      (1)  Case Records Management Section
             (2)  SA P. J. Long
             (3)  SAC C. T. Bullard
             (4)  ASAC A. Z. Williams
             (5)  District Attorney L. J. Britt III
```

POLGRAPH EXAMINATION OF ROSCOE ARTIS, B/M/DOB: 02/02/1941:

On April 7, 2015, SA P. J. Long administered a polygraph examination to Roscoe Artis at the Robeson County Sheriff's Department in Lumberton, North Carolina. Prior to the administration of the polygraph examination Artis agreed to take the polygraph and signed the attached form.

The following relevant questions were asked during the polygraph examination:

1.  Did you cause the death of Sabrina?

    (Answer: "No.")

2.  Were you the one who caused the death of Sabrina?

    (Answer: "No.")

3.  Did you put Sabrina's body on that path?

    (Answer: "No.")

Based upon chart evaluation of all tests, it is SA P. J. Long's expert opinion that consistent and significant responses commonly associated with deception indicated were not observed at the relevant questions. Therefore, it is the opinion of SA P. J. Long that this examination supports the truthfulness of Artis when he responded to the above questions with a final determination of no deception indicated.

Attached is a copy of the handwritten notes and investigative documents for Artis' polygraph examination; see Attachment #822-2.

PJL:jd

(Attachment #822-2)