IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-451-BO

RAYMOND TARLTON, as guardian ad litem for )
HENRY LEE MCCOLLUM and J. DUANE )
GILLIAM, as guardian of the estate of LEON )
BROWN, )
                Plaintiffs, )
                 )
v. )     O R D E R
                 )
TOWN OF RED SPRINGS, *et al.* )
                 )
                Defendants. )

This matter comes before the Court *sua sponte* to address miscellaneous pending motions.

The motions for leave to file exhibit manually [DE 157 & 163] and to exceed page limitation [DE 158] are ALLOWED. For the reasons discussed in the Court's order entered May 5, 2017, the motion to seal by defendants Sealey and Price [DE 200] is DENIED. The clerk is DIRECTED to unseal the proposed sealed reply at DE 199. As plaintiffs have withdrawn their motion to seal their motion for sanctions [DE 123], the clerk is DIRECTED to unseal the motion and its attachments and exhibits.[1]

As materials previously filed under seal have been unsealed by order of the Court, proposed-intervenors *The News & Observer*, *The Fayetteville Observer*, the Associated Press, WTVD-TV, and *The Charlotte Observer* shall notify the Court whether intervention for the limited purpose of opposing motions to seal is still requested. Proposed-intervenors shall either

---

[1] As the pending motions at DE 123, 127, and 164 are no longer sealed pursuant to the Court's 5 May 2017 order denying the associated motion to seal, the clerk is DIRECTED to amend the docket to more accurately reflect the type of motion which has been filed.

withdraw their pending motion to intervene [DE 192] or file a request for ruling on the motion within five (5) days of the date of entry of this order.

SO ORDERED, this ____ day of June, 2017.

                                          TERRENCE W. BOYLE
                                          UNITED STATES DISTRICT JUDGE