IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

RAYMOND TARLTON, as guardian ad litem for HENRY LEE MCCOLLUM, and J. DUANE GILLIAM, as guardian of the estate of LEON BROWN, *et al.*,

        Plaintiffs,

v.

KENNETH SEALEY, both individually and in his official capacity as the Sheriff of Robeson County, *et al.*,

        Defendants.

No. 5:15-CV-451-BO

## DISMISSAL ORDER

This matter came before the Court upon Plaintiffs' Motion to Dismiss Defendants Town of Red Springs, Larry Floyd, and Paul Canady, Administrator C.T.A. of the Estate of Luther Haggins, with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

It is hereby **ORDERED** that Defendants Town of Red Springs, Larry Floyd, and Paul Canady, Administrator C.T.A. of the Estate of Luther Haggins, are dismissed from this action with prejudice. This case shall remain on the Court's docket and continue in due course against all defendants not specifically named in the body of this Order. The Court shall retain jurisdiction over the dismissed parties only to enforce the terms of the parties' settlement agreement.

1

Dated: 6/19/18

*/s/ Terrence W. Boyle*
HON. TERRENCE W. BOYLE
United States District Court Judge