IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-451-BO

| | |
|---|---|
| RAYMOND TARLTON, as guardian ad litem for HENRY LEE MCCOLLUM, and J. DUANE GILLIAM, as guardian of the estate of LEON BROWN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KENNETH SEALEY, both individually and in his official capacity as the Sheriff of Robeson County, *et al.*,<br><br>Defendants. | **DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE THE EXPERT TESTIMONY OF DR. RICHARD A. LEO** |

NOW COME the Defendants Charlotte Noel Fox, Administrator of the Estate of Kenneth Snead, Leroy Allen, Kenneth Sealey, and Robert E. Price, as Administrator C.T.A. of the Estate of Joel Garth Locklear, Sr. (collectively, "Defendants"), by and through counsel, pursuant to Rules 402, 403, and 702 of the Federal Rules of Evidence, and move this Court to exclude the expert testimony of Dr. Richard A. Leo at the trial of this matter, or in the alternative, prohibiting Dr. Leo from offering the testimony outlined in the memorandum of law being filed contemporaneously herewith.

[SIGNATURES TO FOLLOW ON NEXT PAGE]

Respectfully submitted this the 12th day of April, 2021.

**WOMBLE BOND DICKINSON (US) LLP**

/s/ Sonny S. Haynes
James R. Morgan, Jr.
N.C. State Bar No. 12496
Bradley O. Wood
N.C. State Bar No. 22392
Sonny S. Haynes
N.C. State Bar No. 41303
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3600
Facsimile: (336) 721-3660
E-mail: Jim.Morgan@wbd-us.com
E-mail: Brad.Wood@wbd-us.com
E-mail: Sonny.Haynes@wbd-us.com

*Counsel for Defendants Kenneth Sealey and Robert E. Price, Administrator C.T.A. of the Estate of Joel Garth Locklear, Sr.*

**HALL BOOTH SMITH, P.C.**

Scott D. MacLatchie
N.C. State Bar # 22824
11215 North Community House Road
Suite 750
Charlotte, North Carolina 28277
Telephone: (980) 949-7820
E-Mail: smaclatchie@hallboothsmith.com

Adam F. Peoples
N.C. State Bar # 47339
72 Patton Avenue
Asheville, North Carolina 28801
Telephone: (828) 232-4481
E-Mail: apeoples@hallboothsmith.com

*Counsel for Defendants Charlotte Noel Fox, Administrator of the Estate of Kenneth Snead, and Leroy Allen*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2021, I filed this **DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE THE EXPERT TESTIMONY OF DR. RICHARD A. LEO** with the Clerk of Court using the CM/ECF system, which will electronically serve this motion upon all counsel of record.

**WOMBLE BOND DICKINSON (US) LLP**

/s/ Sonny S. Haynes
Sonny S. Haynes
N.C. State Bar No. 41303
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3600
Facsimile: (336) 721-3660
E-mail: Sonny.Haynes@wbd-us.com

*Counsel for Defendants Kenneth Sealey and Robert E. Price, Administrator C.T.A. of the Estate of Joel Garth Locklear, Sr.*