IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-451-BO

| | |
|---|---|
| RAYMOND TARLTON, as guardian ad litem for HENRY LEE MCCOLLUM, and J. DUANE GILLIAM, as guardian of the estate of LEON BROWN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KENNETH SEALEY, both individually and in his official capacity as the Sheriff of Robeson County, *et al.*, <br><br> Defendants. | **ORDER APPROVING SETTLEMENT WITH SHERIFF'S OFFICE DEFENDANTS ONLY AND AND DISMISSING CLAIMS AGAINST SHERIFF'S OFFICE DEFENDANTS ONLY** |

**ORDER FOR APPROVAL OF SETTLEMENT AND DISMISSAL OF ACTION AGAINST DEFENDANTS KENNETH SEALEY AND ROBERT E. PRICE, ADMINISTRATOR C.T.A. OF THE ESTATE OF JOEL GARTH LOCKLEAR, SR.**

Plaintiffs Henry Lee McCollum and Leon Brown, through their guardians and undersigned counsel, and Defendants Kenneth Sealey, both in his individual capacity and in his official capacity as the Sheriff of Robeson County, and Robert E. Price, Administrator C.T.A of the Estate of Joel Garth Locklear, by and through their undersigned counsel, jointly move this Court for an Order of Approval of a settlement reached between the respective parties pursuant to Local Rule 17.1.

NOW, upon the joint motion of the respective parties, the Court finds as follows:

## FINDINGS OF FACT

1.  That Leon Brown was adjudicated incompetent by the Cumberland County Superior Court, State of North Carolina, on September 1, 2015 and subsequently assigned J. Duane Gilliam as guardian of his estate.

2.  That Raymond Tarlton was appointed as guardian ad litem for Henry Lee McCollum on May 10, 2017. Dkt. 204. The Court added as a party Kimberly Pinchbeck, as limited guardian and conservator of the estate of Henry Lee McCollum, on April 26, 2018. Dkt. 283.

3.  That Plaintiffs' undersigned counsel conferred with Plaintiffs' guardians and explained the terms of the proposed settlement.

4.  That Plaintiffs have stated claims upon which relief can be granted.

5.  The terms of the settlement proposed to the Court are as follows:

    a.  Defendants Kenneth Sealey, both in his individual capacity and in his official capacity as the Sheriff of Robeson County, and Robert E. Price, Administrator C.T.A of the Estate of Joel Garth Locklear will cause to be paid to Plaintiff Henry Lee McCollum, through his guardian ad litem Raymond Tarlton and guardian and conservator of the estate Kimberly Pinchbeck, the amount of $4,500,000 in complete satisfaction and release of all of Henry Lee McCollum's claims against Defendants Kenneth Sealey and Robert E. Price, administrator C.T.A. of the estate of Joel Garth Locklear arising out of the events alleged in the First Amended Complaint.

2

b. Defendants Kenneth Sealey, both in his individual capacity and in his official capacity as the Sheriff of Robeson County, and Robert E. Price, Administrator C.T.A of the Estate of Joel Garth Locklear will cause to be paid to Plaintiff Leon Brown, through his guardian of the estate J. Duane Gilliam, the amount of $4,500,000 in complete satisfaction and release of all of Leon Brown's claims against Defendants Kenneth Sealey and Robert E. Price, administrator C.T.A. of the estate of Joel Garth Locklear arising out of the events alleged in the First Amended Complaint.

c. Plaintiffs have agreed that they will dismiss this action with prejudice as to Defendants Kenneth Sealey and Robert E. Price, administrator C.T.A. of the estate of Joel Garth Locklear, and execute all necessary releases, settlement agreements, and dismissal required herein, as to Defendants Kenneth Sealey and Robert E. Price, administrator C.T.A. of the estate of Joel Garth Locklear and their insurers only.

NOW, UPON THE FOREGOING, IT IS HEREBY ORDERED:

The proposed settlement between Plaintiffs Henry Lee McCollum, through his guardian ad litem Raymond Tarlton and his guardian and conservator of the estate Kimberly Pinchbeck, and Leon Brown, through his guardian of the estate J. Duane Gilliam, and Defendants Kenneth Sealey and Robert E. Price, administrator C.T.A. of the estate of Joel Garth Locklear, is hereby APPROVED and Plaintiffs' claims against Defendants Kenneth Sealey and Robert E. Price, administrator C.T.A. of the estate of Joel Garth Locklear are dismissed with prejudice.

SO ORDERED this 14 day of May, 2021

*/s/ Terrence Boyle*
TERRENCE W. BOYLE
United States District Judge