IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-451-BO

RAYMOND TARLTON, as Guardian Ad Litem )
for HENRY LEE MCCOLLUM; KIMBERLY )
PINCHBECK, as Limited Guardian and )
Conservator of the Estate of HENRY LEE )
MCCOLLUM; J. DUANE GILLIAM, as Guardian )
of the Estate of LEON BROWN, )
)
        Plaintiffs, )
)
v. ) VERDICT
)
KENNETH SEALEY, both individually and in his )
official capacity as Sheriff of Robeson County; )
ROBERT E. PRICE, Administrator C.T.A. of the )
Estate of JOEL GARTH LOCKLEAR, SR.; )
CHARLOTTE NOEL FOX, Administrator of the )
Estate of KENNETH SNEAD; LEROY ALLEN, )
)
        Defendants. )

## Issue 1: Liability

Were Henry McCollum's constitutional rights violated by Leroy Allen?

   __✓__ YES                                    _____ NO

Were Henry McCollum's constitutional rights violated by Kenneth Snead?

   __✓__ YES                                      _____ NO

Were Leon Brown's constitutional rights violated by Leroy Allen?

   _____ YES                              __✓__ NO

Were Leon Brown's constitutional rights violated by Kenneth Snead?

   __✓__ YES                                      _____ NO

1

*If you answered YES for either plaintiff, proceed to answer the Special Interrogatories form. If you answered NO for both plaintiffs, you need not decide any remaining issues.*

### Issue 2: Compensatory Damages

How much is Henry McCollum entitled to be compensated for the violation of his rights?

$ __31 million__

How much is Leon Brown entitled to be compensated for the violation of his rights?

$ __31 million__

### Issue 3: Punitive Damages

How much in punitive damages should Leroy Allen pay for the violation of Henry McCollum's rights?

$ __3 million__

How much in punitive damages should Kenneth Snead pay for the violation of Henry McCollum's rights?

$ __5 million__

How much in punitive damages should Leroy Allen pay for the violation of Leon Brown's rights?

$ __0__

How much in punitive damages should Kenneth Snead pay for the violation of Leon Brown's rights?

$ __5 million__

SO SAY WE ALL. This the __14__ day of May, 2021.

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

_____
Signature of the Foreperson of the Jury

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

Printed Name of the Foreperson of the Jury