IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-451-BO

| | |
|---|---|
| RAYMOND TARLTON, as Guardian Ad Litem for HENRY LEE MCCOLLUM; KIMBERLY PINCHBECK, as Limited Guardian and Conservator of the Estate of HENRY LEE MCCOLLUM; J. DUANE GILLIAM, as Guardian of the Estate of LEON BROWN,<br><br>Plaintiffs,<br><br>v.<br><br>KENNETH SEALEY, both individually and in his official capacity as Sheriff of Robeson County; ROBERT E. PRICE, Administrator C.T.A. of the Estate of JOEL GARTH LOCKLEAR, SR.; CHARLOTTE NOEL FOX, Administrator of the Estate of KENNETH SNEAD; LEROY ALLEN,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) SPECIAL INTERROGATORIES<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**With respect to Plaintiff Henry McCollum, do you find by a preponderance of the evidence that:**

**I.     Defendants Leroy Allen and Kenneth Snead acted jointly in concert to deprive Henry McCollum of one or more of his constitutional rights?**

   ✓ YES        _____ NO

If you answer YES to Question I, then you need not answer the *individualized* questions particular to each Defendant below, but you <u>must</u> still answer general Questions II-V below.

**II.    Defendants coerced or fabricated Henry McCollum's written confession?**

   ✓ YES        _____ NO

If you answered YES to Question I above, you need not answer the following subsections. If you answered NO to Question I and YES to Question II, you must specify which Defendants your YES response in Question II applies to:

1

_____ Leroy Allen

_____ Kenneth Snead

**III. Defendants suppressed material exculpatory evidence in bad faith before Henry McCollum's trials?**

____✓____ YES _____ NO

If you answered YES to Question I above, you need not answer the following subsections. If you answered NO to Question I and YES to Question III, you must specify which Defendants your YES response in Question III applies to:

_____ Leroy Allen

_____ Kenneth Snead

**IV. Defendants suppressed material exculpatory evidence in bad faith after Henry McCollum's 1991 trial?**

____✓____ YES _____ NO

If you answered YES to Question I above, you need not answer the following subsections. If you answered NO to Question I and YES to Question IV, you must specify which Defendants your YES response in Question IV applies to:

_____ Leroy Allen

_____ Kenneth Snead

**V. Defendants failed to investigate Roscoe Artis following Henry McCollum's arrest in bad faith?**

_____ YES ____✓____ NO

If you answered YES to Question I above, you need not answer the following subsections. If you answered NO to Question I and YES to Question V, you must specify which Defendants your YES response in Question V applies to:

_____ Leroy Allen

_____ Kenneth Snead

**With respect to Plaintiff Leon Brown, do you find by a preponderance of the evidence that:**

I. **Defendants Leroy Allen and Kenneth Snead acted jointly in concert to deprive Leon Brown of one or more of his constitutional rights?**

   _____ YES  ____✓____ NO

   If you answer YES to Question I then you need not answer the *individualized* questions particular to each Defendant below, but you must still answer general Questions II-V below.

II. **Defendants coerced or fabricated Leon Brown's written confession?**

   ____✓____ YES  _____ NO

   If you answered YES to Question I above, you need not answer the following subsections. If you answered NO to Question I and YES to Question II, you must specify which Defendants your YES response in Question II applies to:

   _____ Leroy Allen

   ____✓____ Kenneth Snead

III. **Defendants suppressed material exculpatory evidence in bad faith before Leon Brown's trials?**

   ____✓____ YES  _____ NO

   If you answered YES to Question I above, you need not answer the following subsections. If you answered NO to Question I and YES to Question III, you must specify which Defendants your YES response in Question III applies to:

   _____ Leroy Allen

   _____ Kenneth Snead

IV. **Defendants suppressed material exculpatory evidence in bad faith after Leon Brown's 1992 trial?**

   ____✓____ YES  _____ NO

3

If you answered YES to Question I above, you need not answer the following subsections. If you answered NO to Question I and YES to Question IV, you must specify which Defendants your YES response in Question IV applies to:

_____ Leroy Allen

_____ Kenneth Snead

V. **Defendants failed to investigate Roscoe Artis following Leon Brown's arrest in bad faith?**

_____ YES          ✓ NO

If you answered YES to Question I above, you need not answer the following subsections. If you answered NO to Question I and YES to Question V, you must specify which Defendants your YES response in Question V applies to:

_____ Leroy Allen

_____ Kenneth Snead

*Once you have completed this form, return to the Verdict to answer Issue 2 and Issue 3.*

This the \_\_14\_\_ day of May, 2021.

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

Signature of the Foreperson of the Jury

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

Printed Name of the Foreperson of the Jury