IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-451-BO

| | |
|---|---|
| RAYMOND TARLTON, as Guardian Ad Litem for HENRY LEE MCCOLLUM; KIMBERLY PINCHBECK, as Limited Guardian and Conservator of the Estate of HENRY LEE MCCOLLUM; J. DUANE GILLIAM, as Guardian of the Estate of LEON BROWN,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLOTTE NOEL FOX, Administrator of the Estate of KENNETH SNEAD; LEROY ALLEN,<br><br>Defendants. | ORDER |

This cause comes before the Court following a jury trial which commenced on May 10, 2021, at Raleigh, North Carolina. Judgment was entered on May 14, 2021. [DE 432]. The Court briefly addresses the following motions which remain pending following entry of judgment.

In light of their settlement with plaintiffs in this matter, the following motions by the Robeson County Sheriff's Office defendants are DENIED AS MOOT: motion for reconsideration regarding order on motion to bifurcate [DE 403]; oral motion for jury instruction made May 12, 2021; oral motion for directed verdict made May 12, 2021; and oral motion for directed verdict made May 13, 2021.

Plaintiffs' motion for sanctions [DE 406] is DENIED AS MOOT in light of their settlement with the Robeson County Sheriff's Office defendants. Plaintiffs' oral motion for directed verdict as to liability made May 13, 2021, is DENIED AS MOOT in light of the jury's verdict.

Defendants Allen and Fox's oral motion for jury instruction made with the Robeson County Sheriff's Office defendants on May 12, 2021, is DENIED AS MOOT in light of the rulings made during the charge conference.

SO ORDERED, this __19__ day of May, 2021.

                                                TERRENCE W. BOYLE
                                                UNITED STATES DISTRICT JUDGE