UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| J. DUANE GILLIAM, Guardian of the Estate of Leon Brown, RAYMOND C. TARLTON, Guardian Ad Litem for Henry Lee McCollum, KIMBERLY PINCHBECK, as Limited Guardian and Conservator of the Estate of Henry Lee McCollum, <br><br> Plaintiffs, <br><br> v. <br><br> ROBESON COUNTY, TOWN OF RED SPRINGS, KENNETH SEALEY, both Individually and in his Official Capacity as the Sheriff of Robeson County, LARRY FLOYD, LEROY ALLEN, PAUL CANADY, Administrator C.T.A. of the Estate of Luther Haggins, ROBERT PRICE, Administrator C.T.A. of the Estate of Joel Garth Locklear, Sr., CHARLOTTE NOEL FOX, Administrator of the Estate of Kenneth Snead, <br><br> Defendants. | **JUDGMENT ATTORNEY FEES** <br> 5:15-CV-451-BO |

**DECISION BY THE COURT.**

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiffs' motion for attorney fees and costs [DE 442] is GRANTED IN PART and DENIED IN PART. Attorney fees and costs are awarded as follows: $6,002,433.12 in attorney fees and $140,187.36 in costs to Hogan Lovells US LLP; $224,272.50 in attorney fees to Cheshire Parker Schneider, PLLC; and $95,257.50 in guardian ad litem fees to Tarlton Polk PLLC.

**This judgment filed and entered on November 5, 2021, and served via CM/ECF on:**
Catherine Stetson
E. Desmond Hogan
Elizabeth Lockwood
Elliot Sol Abrams
James Clayton

W. David Maxwell
Raymond Tarlton
Bradley Wood
James Morgan, Jr.
Dan Hartzog
Garris Yarborough
Dan Hartzog, Jr.
John Butler, III
Katherine Barber-Jones
Timothy Smith, Jr.
Sonny Haynes
Scott MacLatchie
Adam Peoples

November 5, 2021

PETER A. MOORE, JR., CLERK



_____
By: Deputy Clerk