FILED: March 8, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2313
(5:15-cv-00451-BO)

_____

J. DUANE GILLIAM, Guardian of the Estate of Leon Brown; RAYMOND CURTIS TARLTON, Guardian Ad Litem for Henry Lee McCollum; KIMBERLY ANN PINCHBECK, as limited guardian and conservator of the estate of Henry Lee McCollum

   Plaintiffs - Appellees

v.

LEROY ALLEN; CHARLOTTE NOEL FOX, Administrator of the Estate of Kenneth Snead

   Defendants - Appellants

 and

ROBESON COUNTY; TOWN OF RED SPRINGS; KENNETH SEALEY, both individually and in his official capacity as the Sheriff of Robeson County; LARRY FLOYD; PAUL CANADY, Administrator C.T.A of the Estate of Luther Haggins; ROBERT E. PRICE, Administrator C.T.A of the Estate of Joel Garth Locklear, Sr.

   Defendants

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed in part, reversed in part, and vacated in part. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK