IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:15-CV-451-BO

| | |
|---|---|
| RAYMOND TARLTON, as guardian ad litem for HENRY LEE MCCOLLUM, and J. DUANE GILLIAM, as guardian of the estate of LEON BROWN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KENNETH SEALEY, both individually and in his official capacity as the Sheriff of Robeson County, *et al.*, <br><br> Defendants. | MOTION TO WITHDRAW PLAINTIFF HENRY LEE McCOLLUM'S MOTION FOR LEAVE TO APPROVE SETTLEMENT |

NOW COMES, Counsel for Plaintiff Henry Lee McCollum, and hereby withdraws his Motion for Leave to Approve Settlement [DE 473].

RESPECTFULLY SUBMITTED, this the 9th day of March, 2023.

CHESHIRE PARKER SCHNEIDER, PLLC

/s/ Elliot S. Abrams
Elliot S. Abrams
N.C. State Bar # 42639
Post Office Box 1029
Raleigh, NC 27602

(919) 833-3114 (TEL)
(919) 832-0739 (FAX)
elliot.abrams@cheshirepark.com

*Pro Bono Attorney for Plaintiff McCollum*

CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2023, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to counsel for the United States, that that a copy of this filing was emailed to Kelly Dagger, counsel for Multi-Funding, Inc.

/s/ Elliot S. Abrams
Elliot S. Abrams