FILED: March 30, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2313
(5:15-cv-00451-BO)

_____

J. DUANE GILLIAM, Guardian of the Estate of Leon Brown; RAYMOND
CURTIS TARLTON, Guardian Ad Litem for Henry Lee McCollum; KIMBERLY
ANN PINCHBECK, as limited guardian and conservator of the estate of Henry
Lee McCollum

       Plaintiffs - Appellees

v.

LEROY ALLEN; CHARLOTTE NOEL FOX, Administrator of the Estate of
Kenneth Snead

       Defendants - Appellants

 and

ROBESON COUNTY; TOWN OF RED SPRINGS; KENNETH SEALEY, both
individually and in his official capacity as the Sheriff of Robeson County;
LARRY FLOYD; PAUL CANADY, Administrator C.T.A of the Estate of Luther
Haggins; ROBERT E. PRICE, Administrator C.T.A of the Estate of Joel Garth
Locklear, Sr.

       Defendants

_____

M A N D A T E
_____

The judgment of this court, entered March 8, 2023, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*