IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-451-BO

RAYMOND TARLTON, as guardian ad litem for )
HENRY LEE MCCOLLUM, *et al.*, )
)
        Plaintiffs, )
)
v. )    O R D E R
)
LEROY ALLEN, *et al.* )
)
        Defendants. )

This cause comes before the Court following entry of the mandate of the court of appeals. By opinion entered March 8, 2023, the court of appeals affirmed in part, reversed in part, and vacated in part the judgment of this Court, remanding the case for further proceeding to determine whether the jury's award should be reduced by another $1.5 million. [DE 476].

The parties shall file briefs regarding the issue remaining for decision by this Court within fourteen days of the date of entry of this order, after which time the Court will decide the issue and enter an amended judgment consistent with the opinion of the court of appeals.

SO ORDERED, this ___5___ day of April 2023.

                                                    */s/ Terrence Boyle*
                                                    TERRENCE W. BOYLE
                                                    UNITED STATES DISTRICT JUDGE