UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| RAYMOND TARLTON, as guardian ad litem for HENRY LEE MCCOLLUM, and J. DUANE GILLIAM, as guardian of the estate of LEON BROWN, *et al.*, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| | ) Case No. 5:15-CV-451-BO |
| v. | ) |
| KENNETH SEALEY, both individually and in his official capacity as the Sheriff of Robeson County, *et al.*, | )<br>)<br>) |
| Defendants. | ) |

## PLAINTIFFS' APPLICATION FOR WRIT OF EXECUTION

Pursuant to Federal Rule of Civil Procedure 69(a)(1), Plaintiffs Henry McCollum and Leon Brown hereby request execution on the Judgment entered by the Court in this matter on May 14, 2021, *see* Dkt. No. 429, which was amended on October 22, 2021, *see* Dkt. No. 454, and on April 20, 2023, *see* Dkt. No. 483. Plaintiffs specifically request that the Court issue a writ of execution requiring Defendants Leroy Allen and Charlotte Noel Fox, as Administrator of the Estate of Kenneth Snead, to satisfy the Second Amended Judgment issued by this Court, including the $63,500,000 described in that judgment; post-judgment interest,[1] calculated at the rate of 4.68%, *see* 28 U.S.C. § 1961; and $6,462,150.48 in attorney's fees and costs, as awarded by this Court and affirmed by the United States Court of Appeals for the Fourth Circuit, *see* Dkt. Nos. 457, 476.

---

[1] As of the date of this filing (May 9, 2023), the total accrued interest is $154,696.44, and it continues to accrue.

Plaintiffs have satisfied all statutory prerequisites for executing judgment. On March 2, 2022, Defendant Leroy Allen was served with a notice of right to have exemptions designated, as required by N.C. Art. 16, § 1C-1603. *See* Dkt. No. 469. On March 21, 2022, Defendant Allen filed a Notice to Claim Exempt Property, where he claimed certain exemptions within the limitations permitted by N.C. Art. 16, § 1C-1603. *See* Dkt. No. 471-1. Plaintiffs do not object to these exemptions subject to the statutory limits. *See* N.C. Art. 16, § 1C-1603. On March 3, 2022, Defendant Charlotte Noel Fox, as administrator of the Estate of Kenneth Snead, was served with a notice of right to have exemptions designated. Dkt. No. 470. On March 21, 2022, Defendant Fox filed a letter acknowledging that she is the Administrator of Kenneth Snead's estate, and stating that the "rights [Plaintiffs] ha[ve] to Estate assets will be determined by N.C.G.S. § 28-A-19-6." Dkt. No. 472. Defendant Fox did not file a notice to claim exempt property; thus, Defendant Fox has waived her right to claim exemptions. *See* N.C. Art. 16, § 1C-1603. With these preliminaries satisfied, Plaintiffs now request execution on the Second Amended Judgment this Court entered on April 20, 2023. *See id.* (absent judgment creditor objections to the debtor's claimed exemptions and "[u]pon request of the judgment creditor, the clerk must issue an execution or writ of possession except for exempt property").

Dated this 9th day of May, 2023.

    Respectfully Submitted,

    /s/ E. Desmond Hogan
    E. Desmond Hogan (*special admission*)
    Catherine E. Stetson (*special admission*)
    W. David Maxwell (*special admission*)
    HOGAN LOVELLS US LLP
    555 Thirteenth Street, NW
    Washington, DC 20004
    Telephone: (202) 637-5493
    Facsimile: (202) 637-5190
    E-Mail: desmond.hogan@hoganlovells.com

E-Mail: cate.stetson@hoganlovells.com
E-Mail: david.maxwell@hoganlovells.com

Elizabeth C. Lockwood (*special admission*)
ALI & LOCKWOOD LLP
300 New Jersey Ave, N.W., Suite 900
Washington, D.C. 20001
Telephone: (202) 651-2475
E-Mail: liz.lockwood@alilockwood.com
*Counsel for Plaintiffs*

/s/ Elliot S. Abrams
Elliot S. Abrams
N.C. State Bar # 42639
CHESHIRE PARKER SCHNEIDER, PLLC
133 Fayetteville Street, Suite 200
Post Office Box 1029
Raleigh, NC 27602
Telephone: (919) 833-3114
Facsimile: (919) 832-0739
E–Mail: Elliot.abrams@cheshirepark.com
*Local Rule 83.1(d) Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2023, I filed this Application for Writ of Execution with the Clerk of Court using the CF/ECF system, which will electronically serve this motion on both Plaintiffs' and Defendants' attorneys as follows:

Raymond C. Tarlton, Esq.
TARLTON POLK, PLLC
3509 Haworth Drive, Suite 297 (27609)
PO Box 1386
Raleigh, NC 27602
E-mail: rtarlton@tarltonpolk.com
*Guardian Ad Litem for Henry Lee McCollum*

Brian D. Rabinovitz
Matthew W. Sawchak
NORTH CAROLINA DEPARTMENT OF JUSTICE
114 West Edenton Street,
9001 Mail Service Center
PO Box 629
Raleigh, NC 27602-0629
E-mail: brabinovitz@ncdoj.gov
*Counsel for Defendant Kenneth Snead, Leroy Allen*

Bradley Owen Wood, Esq.
James R. Morgan., Jr., Esq.
Sonny S. Haynes, Esq.
WOMBLE BOND DICKINSON US LLP
One West Fourth Street
Winston Salem, NC 27101
E-mail: Brad.Wood@wbd-us.com
E-mail: Jim.Morgan@wbd-us.com
E-mail: Sonny.Haynes@wbd-us.com
*Counsel for Defendants Kenneth Sealey and Robert E. Price, Administrator C.T.A. of the Estate of Joel Garth Locklear, Sr.*

/s/ E. Desmond Hogan
E. Desmond Hogan (*special admission*)
Catherine E. Stetson (*special admission*)
W. David Maxwell (*special admission*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637–5493
Facsimile: (202) 637–5190
E-Mail: desmond.hogan@hoganlovells.com
E-Mail: cate.stetson@hoganlovells.com
E-Mail: david.maxwell@hoganlovells.com

1

Elizabeth C. Lockwood (*special admission*)
ALI & LOCKWOOD LLP
300 New Jersey Ave, N.W., Suite 900
Washington, D.C. 20001
Telephone: (202) 651-2475
E-Mail: liz.lockwood@alilockwood.com
*Counsel for Plaintiffs*

/s/ Elliot S. Abrams
Elliot S. Abrams
N.C. State Bar # 42639
CHESHIRE PARKER SCHNEIDER, PLLC
133 Fayetteville Street, Suite 200
Post Office Box 1029
Raleigh, NC 27602
Telephone: (919) 833–3114
Facsimile: (919) 832–0739
E–Mail: Elliot.abrams@cheshirepark.com
*Local Rule 83.1(d) Counsel for Plaintiffs*