# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

**U.S. Department of Justice**
**United States Marshals Service**

| Field | Value |
|---|---|
| PLAINTIFF | Raymond Tarlton, et al. |
| DEFENDANT | Kenneth Sealey, et al. |
| COURT CASE NUMBER | 5:15-CV-451-BO -2 |
| TYPE OF PROCESS | Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Brian Williams
ADDRESS: Hedrick Gardner Kincheloe & Garofalo, 434 Fayetteville Street, Suite 2200, Raleigh, NC 27601

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
E. Desmond Hogan
Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, DC 20004

RECEIVED JAN 30 2024 U.S. Marshals Service, EDNC

- Number of process to be served with this Form 285: 1
- Number of parties to be served in this case: 1
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

The attached writ of execution concerns Defendant Leroy Allen. The parties have agreed that Defendant's counsel will provide an affidavit stating that the entirety of Defendant's possessions and back accounts, including those listed on the writ of execution, are exempt from judgment in this case. That affidavit is enclosed and will be provided to the Marshals when the writ is served on Defendant's counsel Brian Williams, who has been authorized to receive service (authorization also enclosed). At a later date, we will provide another writ and associated documents for service on another Defendant in this case.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (202) 637-5493
DATE: 1/29/24

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No. 56
District to Serve No. 56
Date: 1/30/24

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below).

Name and title of individual served (if not shown above): Brian Williams
Address (complete only different than shown above): 4131 Parklake Avenue, Suite 300, Raleigh, NC 27612
Date: 02/05/2024
Time: 1:19 pm

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $195.00 | $10.05 | | 205.05 | 300.00 | $0.00 / $205.05 |

REMARKS: 1/31/2024 First Attempt, wrong address.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/15/80
Automated 01/00

# INSTRUCTIONS FOR SERVICE OF PROCESS BY U.S. MARSHAL

Please type or print legibly, insuring readability of all copies. DO NOT DETACH ANY COPIES. Submit one complete set of this form (USM-285) and one copy of each writ for each individual, company, corporation, etc., to be served or property to be seized or condemned. The applicable fees for such service(s) (T28, USC Sec. 1921 establishes the fees for service of process by the U.S. Marshal) may be required prior to said service.

For service of any process upon an officer or agent of the United States Government, submit a copy of the writ and a set of Form USM-285 for each officer or agent upon whom service is desired. Submit three (3) additional copies of the writs for service upon the Government of the United States. The U.S. Marshal will serve one (1) upon the U.S. Attorney and will forward two (2) to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or his Deputy always certifies service on the U.S. Attorney and the Attorney General, regardless of whether other defendants on the writ were served.) Failure to provide any of the copies will delay service of the writ.

Complete all entries above the double line. Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the U.S. Marshal in expediting service.

If more than one writ and USM-285 is submitted on a single case, the U.S. Marshal will receipt for all of them on the first USM-285. You will receive for your records the last (No. 5) "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the writ is served, you will receive the No. 3 Notice of Service copy. This copy will be identical to the return to the Clerk of the Court.

Upon completion of all services (if the Marshals fees were not requested or tendered in advance or if additional fees are indicated), you will receive a "Billing Statement" (copy 4 of USM-285) from the United States Marshal. (NOTE: Copy 4 should be returned, by you, to the U.S. Marshal, together with your payment of the amount owed.

Additional supplies of the USM-285 may be obtained from the Clerk of the U.S. District Court or U.S. Marshal, without cost.



# LAW OFFICES OF GEOFFREY A. PLANER
ATTORNEY AT LAW
216 SOUTH MARIETTA STREET
P.O. BOX 1596
GASTONIA, NC 28053-1596

**Geoffrey A. Planer, Esquire**
*Email: general@planerlawfirm.com*

TEL: (704) 864-0235
FAX: (704) 864-3396

January 18, 2024

Brian Williams, Esquire
HEDRICK GARDNER KINCHELOE & GAROFALO LLP
434 Fayetteville Street, Suite 2200
Raleigh, NC 27601

Re: Vernon Leroy Allen
4616 Weavers Row
Gastonia, NC 28056

Raymond Tarlton, as guardian ad litem for Henry Lee McCollum, and
J. Duane Gilliam, as guardian of the estate of Leon Brown et al., Plaintiffs.
-v-
Kenneth Sealey, both individually and in his official capacity as the
Sheriff of Robeson County, et al., Defendants

Dear Mr. Williams,

This letter is to authorize you to accept service of the Writ of Execution on behalf of Vernon Leroy Allen, one of the Defendants in the above-referenced matter. Mr. Allen's authorization is evidenced by his signature subscribing this correspondence.

Please feel free to contact my office or Mr. Allen directly if you have any questions.

Sincerely,

Geoffrey A. Planer

Subscribed: _____
Vernon Leroy Allen

EASTERN DISTRICT OF NORTH CAROLINA

FILE NO. 5:15-CV-451-BO

UNITED STATES DISTRICT COURT

| | |
|---|---|
| J. DUANE GILLIAM, Guardian of the Estate of Leon Brown, RAYMOND C. TARLTON, Guardian Ad Litem for Henry C. McCollum, KIMBERLY PINCHBECK, as Limited Guardian and Conservator of the Estate of Henry Lee McCollum,<br>　　　　Plaintiffs,<br><br>-vs-<br><br>ROBESON COUNTY, TOWN OF RED SPRINGS, KENNETH SEALEY, both Individually and in his Official Capacity As Sheriff of Robeson County, LARRY FLOYD, LEROY ALLEN, PAUL CANADY, Administrator of C.T.A. of The Estate of Luther Haggins, ROBERT PRICE, Administrator C.T.A. of the Estate of Joel Locklear, Sr., CHARLOTTE NOEL FOX, Administrator of Estate of Kenneth Snead,<br>　　　　Defendant. | AFFIDAVIT OF<br>VERNON LEROY ALLEN, JR. |

Affiant, Vernon Leroy Allen, Jr., first being duly sworn, deposes, avers and says:

1. My name is Vernon Leroy Allen, Jr., and I live at 5616 Weavers Row, Gastonia, NC 28056.

2. I am one of the Defendants in the above-captioned matter.

3. On December 13, 2023, I executed a Notice to Claim Exempt Property which I am informed and believe was filed January 5, 2024 in Case 5:15-CV-00451-BO as Document 502.

4. In my filed Notice to Claim Exempt Property, I listed the following banking accounts that I own either solely or jointly:

    (a) State Employees' Credit Union checking account #30368762;
    (b) State Employees' Credit Union Joint (w/spouse) checking account #6878818; and
    (c) State Employees' Credit Union Joint (w/spouse) savings account #308920.

5. The above listed banking accounts are the only banking and/or deposit accounts owned by me solely or jointly.

6. Other than specifically listed in #4 above and in my filed Notice to Claim Exempt Property, I have no other banking or deposit accounts, certificates of deposit, money market or other accounts at any banking, credit union or other depository institutions, including any virtual/electronic accounts such as Chime and/or any similar entities.

This, the 19th day of January, 2024.

*[signature]*
VERNON LEROY ALLEN, JR.
Affiant

NORTH CAROLINA

GASTON COUNTY

I, Trishia Ann Stone, a Notary Public, do hereby certify that Vernon Leroy Allen, Jr., the Affiant, personally appeared before me this day and acknowledged the due execution of the foregoing Affidavit.

Witness my hand and notarial seal this, the 19th day of January, 2024.

*[signature]*
NOTARY PUBLIC
MY COMMISSION EXPIRES: 09/01/2027

## CERTIFICATE OF SERVICE

It is hereby certified that on the 19th day of January, 2024, I have served a copy of the attached: <u>Affidavit of Vernon Leroy Allen, Jr.</u>

☒     by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and its contents in the United States Post Mail and Electronic Mail as follows:

E. Desmond Hogan
Joe Cavanaugh
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, DC 20004
Email: joe.cavanaugh@hoganlovells.com
ATTORNEY FOR PLAINTIFFS

☐     by via facsimile said copy hereof to each said party addressed as follows:

☐     by hand delivering said copy to the person(s) hereinafter named:

By: _____
Geoffrey A. Planer
Attorney for Defendant, Vernon Leroy Allen, Jr.
Planer Law Firm
P.O. Box 1596
216 S. Marietta Street
Gastonia, NC 28053-1596
(704) 864-0235
(704) 864-3396-Fax
N.C.S.B.#: 6338
general@planerlawfirm.com

Page 3 of 3

Case 5:15-cv-00451-BO   Document 507   Filed 02/16/24   Page 6 of 6