

# CRAIGE & FOX PLLC
## ATTORNEYS & COUNSELORS AT LAW

LAWRENCE S. CRAIGE
CHARLOTTE NOEL FOX*
JENNIFER M. RODEN**
CARA R. COOK
*NC Dispute Resolution Commission Certified Mediator
**NC Board Certified Specialist in Elder Law
National Elder Law Foundation Certified Elder Law Attorney

701 Market Street
Wilmington, NC 28401
Telephone: (910) 815-0085
Facsimile: (910) 815-1095
www.craigeandfox.com

February 20, 2024

E.Desmond Hogan
Joe Cavanaugh
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, DC 20004

*Re: Estate of Kenneth Snead; New Hanover County File No.: 19-E-44*

Dear Mr. Hogan and Mr. Cavanaugh,

I hope this letter finds you doing well. Enclosed please find a copy of the Affidavit of Charlotte Noel Fox to be filed with the Eastern District of North Carolina United States District Court.

Please contact attorney Charlotte Noel Fox with any questions.

Sincerely,

**CRAIGE & FOX, PLLC**

By: _____
Kathryn L. Barden
Administrative Assistant

Enclosures as stated

---

**PRACTICE AREAS**
Elder Law / Estate Administration / Estate Planning
Fiduciary Litigation / Guardianships / Municipal Law

EASTERN DISTRICT OF NORTH CAROLINA

FILE NO. 5:15-CV-451-BO

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| J. DUANE GILLIAM, Guardian of the Estate of Leon Brown, RAYMOND C. TARLTON, Guardian Ad Litem for Henry C. McCollum, KIMBERLY PINCHBECK, as Limited Guardian and Conservator of the Estate of Henry Lee McCollum, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | AFFIDAVIT OF CHARLOTTE NOEL FOX |
| -vs- | ) ) | |
| ROBESON COUNT, TOWN OF RED SPRINGS, KENNETH SEALY, both Individually and in his Official Capacity As Sherriff of Robeson County, LARRY FLOYD, LEROY ALLEN, PAUL CANADY, Administrator of C.T.A. of The Estate of Luther Haggins, ROBERT PRICE, Administrator C.T.A. of the Estate of Joel Locklear, Sr., CHARLOTTE NOEL FOX, Administrator of the Estate of Kenneth Snead, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendant. | ) | |

Affiant, Charlotte Noel Fox, first being duly sworn, deposes, avers and says:

1. My name is Charlotte Noel Fox, and my office is located at 701 Market Street, Wilmington, NC 28401.
2. I am the New Hanover County Public Administrator and am serving in that capacity for the Estate of Kenneth Snead.
3. On May 19, 2020, I filed a 90 Day Inventory showing $0.00 assets in the Estate (See attached Exhibit A).
4. On February 17, 2021, I filed an Annual Account showing $0.00 assets in the Estate (See attached Exhibit B).
5. On February 11, 2022, I filed an Annual Account showing $0.00 assets in the Estate (See attached Exhibit C).
6. On February 9, 2023, I filed an Annual Account showing $0.00 assets in the Estate (See attached Exhibit D).

7. On February 12, 2024, I filed an Annual Account showing $0.00 assets in the Estate (See attached Exhibit E).
8. I am unaware of any assets available for satisfaction of any judgment or claim.

This, the 20th day of February, 2024.

_____
CHARLOTTE NOEL FOX
Affiant

_____
STATE OF NORTH CAROLINA

_____
COUNTY OF NEW HANOVER

I, _Hannah Creighton_, a Notary Public, do hereby certify that Charlotte Noel Fox, the Affiant, personally appeared before me this day and acknowledged the due to execution of the foregoing Affidavit.

Witness my hand and notarial seal this 20th day of February, 2024.

NOTARY PUBLIC
MY COMMISSION EXPIRES: 6/04/2028

Hannah Creighton
NOTARY PUBLIC
New Hanover County, NC

## CERTIFICATE OF SERVICE

It is hereby certified that on the 20th day of February, 2024, I have served a copy of the attached: Affidavit of Charlotte Noel Fox.

☑ by placing said copy in a postpaid envelope, addressed to the person(s) hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and its contents in the United States Post Mail and Electronic Mail as follows:

E. Desmond Hogan
Joe Cavanaugh
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, DC 20004
Email: joe.cavanaugh@hoganlovells.com
ATTORNEY FOR PLAINTIFFS

Geoffrey A. Planer
Attorney for Defendant, Vernon Leroy Allen, Jr.
Planer Law Firm
P.O. Box 1596
216 S. Marietta Street
Gastonia, NC 28053-1596
(704) 864-0235
(704) 864-3396-Fax
N.C.S.B.#:6338
general@planerlawfirm.com

☐ by via facsimile said copy hereof to each said party addressed as follows:

☐ by hand delivery said copy to person(s)
hereinafter named:

CRAIGE & FOX, PLLC

By: _____
Charlotte Noel Fox
N.C. Bar No. 32678
701 Market Street
Wilmington, NC 28401
Telephone: (910) 815-0085
Facsimile: (910) 815-1095
cnfox@craigeandfox.com



**STATE OF NORTH CAROLINA**

New Hanover _____ County

IN THE MATTER OF THE ESTATE OF[1]

*Name Of Decedent*
Kenneth R. Snead, Sr.

**INVENTORY**
**FOR DECEDENT'S ESTATE**

G.S. 28A-15-2, 28A-20-1

**IMPORTANT:** *File within three (3) months after qualifying. Itemize and give values as of date of decedent's death. Continue on additional sheet if necessary.*

I, the undersigned personal representative, being duly sworn, say that to the best of my knowledge the following is a just, true, and perfect inventory of all the real and personal property of the decedent named above, which has come into my hands or into the hands of any person for me as personal representative of the estate.

## PART I. PROPERTY OF THE ESTATE

| | VALUE |
|---|---|
| 1. Accounts In Sole Name Of Decedent *(List bank, etc., each account no., and balance.)* | $ 0.00 |
| | |
| | |
| | |
| 2. Joint Accounts **Without** Right Of Survivorship *(List bank, etc., each account no., balance, and joint owners.)* | |

| | % Owned By Decedent | |
|---|---|---|
| | % Owned By Decedent | |
| | % Owned By Decedent | |

3. Stocks And Bonds In Sole Name Of Decedent Or Jointly Owned **Without** Right Of Survivorship *(Identify each type of security and give market value of all securities of that type, e.g., 100 shares of XYZ Corp. common stock at 37-1/4. $3,725.)*

| | % Owned By Decedent | |
|---|---|---|
| | % Owned By Decedent | |
| | % Owned By Decedent | |
| | % Owned By Decedent | |
| | % Owned By Decedent | |

4. Cash And Undeposited Checks On Hand

5. All Other Personal Property *(e.g., vehicles, household furnishings, farm products, equipment, tools)*

6. Real Estate Willed To The Estate, Directed By The Will To Be Sold, And Sold *(Attach legal description and proceeds of sale for each parcel.)*

| | |
|---|---|
| **ADDITIONAL AMOUNT CARRIED OVER FROM ATTACHMENT** *(if applicable)* ▶ | $ |
| **TOTAL PART I.** *(Costs apply to this total)* ▶ | $ 0.00 |

7. Real Estate Willed To The Estate, Directed By The Will To Be Sold, And Not Sold *(Attach legal description of each parcel and give fair market value at date of death.)*

8. There ☒ is ☐ is not a pending lawsuit that involves the decedent.

(Over)

AOC-E-505, Rev. 5/19
© 2019 Administrative Office of the Courts

## PART II. PROPERTY WHICH CAN BE ADDED TO ESTATE IF NEEDED TO PAY CLAIMS

| | VALUE |
|---|---|
| 1. Joint Accounts With Right Of Survivorship *(List each account; give names of other joint owners and total amount on deposit in each account; attach copy of deposit contract/signature card unless already attached to application.)* | $ |
| 2. Stocks/Bonds/Securities Jointly Owned With Right Of Survivorship Or Registered In Beneficiary Form And Automatically Transferable On Death *(Identify each type of security and give market value of all securities of that type, e.g., 100 shares of XYZ Corp. common stock at 37-1/4...$3,725.)* | |
| 3. Other Personal Property Recoverable (G.S. 28A-15-10) | |
| 4. Real Estate Except Entireties Property, Life Estate And Real Estate Willed To Estate *(List legal description and give fair market value of each parcel of decedent's interest at date of death.)* | |
| **TOTAL PART II.** ▶ | $ |

## PART III. CLAIMS FOR WRONGFUL DEATH

There ☐ is ☒ is not a potential claim for wrongful death arising under G.S. 28A-18-2. The following attorney, if any, has been retained to file the action, and the civil action, if any, has been filed in the following court or jurisdiction.

| Name And Address Of Attorney | State And County Or Federal District Court Jurisdiction |
|---|---|
| | |
| Telephone No. | Case No. |

| Signature Of Fiduciary | Title | Signature Of Co-Fiduciary, If Any | Title |
|---|---|---|---|
| *[signature]* | Administrator | | |

| SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME |
|---|---|

| Date 5/19/20 | Signature Of Person Authorized To Administer Oaths *[signature]* | Date | Signature Of Person Authorized To Administer Oaths |
|---|---|---|---|

ALLISON L. RUTLEDGE
Notary Public, North Carolina
New Hanover County

| ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court |
|---|---|

| ☒ Notary | Date My Commission Expires 07/22/2024 | | Date My Commission Expires | | ☐ Notary |
|---|---|---|---|---|---|
| **SEAL** | County Where Notarized New Hanover | | County Where Notarized | | **SEAL** |

AOC-E-505, Side Two, Rev. 5/19
© 2019 Administrative Office of the Courts



EXHIBIT B

**STATE OF NORTH CAROLINA**

New Hanover _____ County

File No 19-E-144

FILED

In The General Court Of Justice
Superior Court Division Before The Clerk

| IN THE MATTER OF THE ESTATE OF | **ACCOUNT** |
|---|---|

*Name*
Kenneth Snead

☒ ANNUAL  ☐ FINAL

☒ Deceased  ☐ Minor  ☐ Adult Ward  ☐ Trust

G.S. 28A-21-1, -21-2 -21-3, -23-1, 35A-1264 -1266

I, the undersigned representative, being first duly sworn, say that the following is a complete and accurate account of my receipts disbursements and other transactions as representative of this estate or trust.

| Accounting Period From | Extending To | Date Of Death | NOTE: If Date of Death is prior to January 1, 2013, do not use this version of the form. Instead, use the Rev 12/17 version of the form |
|---|---|---|---|
| 2/21/2020 | 2/15/2021 | 01 11 2019 | |

**PART I. SUMMARY**

| | | | | |
|---|---|---|---|---|
| 1. | Subtotal Personal Property on Inventory or Subtotal Personal Property Held/Invested as Shown on Last Account | | $ | 0.00 |
| 2 | Minus Loss from Sale of Personal Property when Compared to Value Listed on Inventory or Prior Account *(Include or attach explanation.)* _____ | − | $ | |
| 3 | **SUBTOTAL** | | $ | 0.00 |
| 4 | Plus Total Receipts as Shown on Reverse [Part III.] *(costs apply to this amount)* | + | $ | 0.00 |
| 5 | **TOTAL ASSETS** | | $ | 0.00 |
| 6 | Minus Disbursements (Debts or Expenses) as Shown on Reverse [Part IV.] | − | $ | 0.00 |
| 7 | **SUBTOTAL** | | $ | 0.00 |
| 8 | Minus Distributions (Inheritance to Heirs) as Shown on Reverse [Part V.] | − | $ | 0.00 |
| 9 | **BALANCE AT END OF ACCOUNTING PERIOD** *(When filing Final Account, this should equal zero.)* | | $ | 0.00 |

**PART II. BALANCE HELD OR INVESTED**

*(Complete ONLY when filing an Annual Account with assets remaining in the Estate.)*

| | | Account No. | Balance |
|---|---|---|---|
| 1 | On Deposit in Banks, etc. | | $ |
| | | | $ |
| | | | $ |
| 2 | Invested in Securities, etc. | | $ |
| 3 | Tangible Personal Property | | $ |
| 4 | **SUBTOTAL - PERSONAL PROPERTY** | | $ |
| 5 | Real Estate Willed to the Estate and Not Sold *(fair market value at date of death)* | $ | |
| 6 | Real Estate Acquired by the Estate Under G.S. 28A-15-1 | | $ |
| 7 | Other | | $ |
| | **TOTAL BALANCE HELD OR INVESTED** *(Must equal Balance shown in Part I. above)* ▸ | | $ 0.00 |

| Name And Address Of Fiduciary ☐ Change Of Address | Name And Address Of Co-Fiduciary ☐ Change Of Address |
|---|---|
| Charlotte Noel Fox
Craige & Fox, PLLC
701 Market St.
Wilmington, NC 28401 | |

| Signature Of Fiduciary | Title Administrator | Signature Of Co-Fiduciary | Title |
|---|---|---|---|

| SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME |
|---|---|
| Date 2/16/21  Signature Of Person Authorized To Administer Oaths | Date  Signature Of Person Authorized To Administer Oaths |
| ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court |
| Date Commission Expires 07/22/2024  ☒ Notary | Date Commission Expires  ☐ Notary |
| County Where Notarized New Hanover  SEAL | County Where Notarized  SEAL |

**OUTCOME OF AUDIT BY CLERK AND ORDER**

Bond? ☑ Yes, reviewed  ☐ Not applicable
☑ The above account has been audited by me and the vouchers or verified proofs submitted in support were examined. The account
is ☑ approved  ☐ disapproved _____
☐ As this is the final account, the fiduciary is discharged

| Date 2-17-2021  Signature | ☑ Assistant CSC
☐ Clerk Of Superior Court |
|---|---|

(Over)

AOC-E-506, Rev 5/19
© 2019 Administrative Office of the Courts

| | PART III. RECEIPTS | | |
|---|---|---|---|

NOTES: 1. Rent from real property not willed to the estate goes to the heirs and is not a receipt of the estate
2. List loans to the estate for the purpose of paying claims
3. If a sale of personal property results in a gain over the value listed on the Inventory (AOC-E-505), list the gain as a receipt. If a sale results in a loss as compared to the value listed on the Inventory, report the loss on Side One, Part I of this form
4. Do not report, as a receipt, changes in value (when compared to the value listed in the Inventory) of items which have not been sold.
5. If any real property willed to the estate has been sold, report the entire proceeds as a receipt
6. If any real property not willed to the estate has been sold in a special proceeding to create assets with which to pay claims of the estate, report as a receipt only that portion of the proceeds received from the Commissioners (the balance not needed to pay claims of the estate is distributed in the special proceeding)

| Date | Received From | Description | Amount Or Value |
|---|---|---|---|
| | | | $ |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| NOTE: The AOC-E-506 Part III Continuation may be used as an attachment. | | Sum Total From Attachment(s), If Any | $ |
| | | TOTAL PART III. ▶ | $ 0.00 |

| | PART IV. DISBURSEMENTS *(Debts or Administrative Expenses)* | | |
|---|---|---|---|

NOTES: 1. Disbursements are expenditures of and for the estate and do not include expenses regarding real property not willed to the estate
2. List payments to creditors out of loans to the estate, or reimbursements by the estate to persons who had directly paid creditors of the estate.
3. Provide copies of receipts, cancelled or imaged checks, or other satisfactory detailed proof of payments

| Date | Paid Or Disbursed To | Description | Amount Or Value |
|---|---|---|---|
| | | | $ |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| NOTE: The AOC-E-506 Part IV Continuation may be used as an attachment. | | Sum Total From Attachment(s), If Any | $ |
| | | TOTAL PART IV. ▶ | $ 0.00 |

| | PART V. DISTRIBUTIONS *(Inheritance to Heirs)* | | |
|---|---|---|---|

NOTES: 1. Provide copies of receipts, cancelled or imaged checks, or other satisfactory detailed proof of delivery or distribution
2. Attach itemized description of unrealized gains or losses or assets not sold but distributed. Do not include unrealized gain or loss amounts in Total Part V.

| Date | Distributed To | Amount |
|---|---|---|
| | | $ 0.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| NOTE: The AOC-E-506 Part V Continuation may be used as an attachment | Sum Total From Attachment(s), If Any | $ |
| | TOTAL PART V. ▶ | $ 0.00 |

AOC-E-506, Side Two, Rev. 5/19
© 2019 Administrative Office of the Courts

EXHIBIT
C

# STATE OF NORTH CAROLINA

**File No** 19-E-144

New Hanover _____ County

In The General Court Of Justice
Superior Court Division Before The Clerk

## IN THE MATTER OF THE ESTATE OF

**Name**
Kenneth Snead

| [X] Deceased | [ ] Minor | [ ] Adult Ward | [ ] Trust |

# ACCOUNT

[X] ANNUAL   [ ] FINAL

G S 28A-21-1 -21-2 -21-3 -23-1, 35A-1264, -1266

I, the undersigned representative being first duly sworn, say that the following is a complete and accurate account of my receipts disbursements and other transactions as representative of this estate or trust

| Accounting Period From | Extending To | Date Of Death | NOTE: If Date Of Death is prior to January 1 2013 do not use this version of the form Instead use the Rev 12/17 version of the form |
|---|---|---|---|
| 2/16/2021 | 2 7 _022 | 01 11 2019 | |

## PART I. SUMMARY

| | | | |
|---|---|---|---|
| 1. Subtotal Personal Property on Inventory or Subtotal Personal Property Held/Invested as Shown on Last Account | | $ | 0.00 |
| 2. Minus Loss from Sale of Personal Property when Compared to Value Listed on Inventory or Prior Account *(Include or attach explanation.)* | − | $ | |
| 3. **SUBTOTAL** | | $ | 0.00 |
| 4. Plus Total Receipts as Shown on Reverse [Part III.] *(costs apply to this amount)* | + | $ | 0.00 |
| 5. **TOTAL ASSETS** | | $ | 0.00 |
| 6. Minus Disbursements (Debts or Expenses) as Shown on Reverse [Part IV.] | − | $ | 0.00 |
| 7. **SUBTOTAL** | | $ | 0.00 |
| 8. Minus Distributions (Inheritance to Heirs) as Shown on Reverse [Part V.] | − | $ | 0.00 |
| 9. **BALANCE AT END OF ACCOUNTING PERIOD** *(When filing Final Account, this should equal zero.)* | | $ | 0.00 |

## PART II. BALANCE HELD OR INVESTED

*(Complete ONLY when filing an Annual Account with assets remaining in the Estate.)*

| | Account No. | Balance |
|---|---|---|
| 1. On Deposit in Banks, etc | | $ |
| | | $ |
| | | $ |
| 2. Invested in Securities, etc. | | $ |
| 3. Tangible Personal Property | | $ |
| 4. **SUBTOTAL - PERSONAL PROPERTY** | | $ |
| 5. Real Estate Willed to the Estate and Not Sold *(fair market value at date of death)* | $ | |
| 6. Real Estate Acquired by the Estate Under G.S. 28A-15-1 | | $ |
| 7. Other | | $ |
| **TOTAL BALANCE HELD OR INVESTED** *(Must equal Balance shown in Part I. above)* ▶ | | $ 0.00 |

| Name And Address Of Fiduciary [ ] Change Of Address | Name And Address Of Co-Fiduciary [ ] Change Of Address |
|---|---|
| Charlotte Noel Fox<br>Craige & Fox, PLLC<br>701 Market St.<br>Wilmington, NC 28401 | |

| Signature Of Fiduciary | Title Administrator | Signature Of Co-Fiduciary | Title |
|---|---|---|---|

| SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME |
|---|---|
| Date 2/7/22 | Signature Of Person Authorized To Administer Oaths | Date | Signature Of Person Authorized To Administer Oaths |
| [ ] Deputy CSC  [ ] Assistant CSC  [ ] Clerk Of Superior Court | Allison L. Bailey NOTARY PUBLIC Pender County, NC |
| [ ] Deputy CSC  [ ] Assistant CSC  [ ] Clerk Of Superior Court |
| Date Commission Expires 01/02/2027 | [X] Notary | Date Commission Expires | [ ] Notary |
| County Where Notarized New Hanover | SEAL | County Where Notarized | SEAL |

## OUTCOME OF AUDIT BY CLERK AND ORDER

Bond? [✓] Yes, reviewed.  [ ] Not applicable.
[✓] The above account has been audited by me and the vouchers or verified proofs submitted in support were examined. The account
is  [✓] approved  [ ] disapproved _____
[ ] As this is the final account, the fiduciary is discharged.

| Date 2-11-2022 | Signature | | [ ] Assistant CSC<br>[ ] Clerk Of Superior Court |
|---|---|---|---|

**NOTES:** 1. Rent from real property not willed to the estate goes to the heirs and is not a receipt of the estate
2. List loans to the estate for the purpose of paying claims
3. If a sale of personal property results in a gain over the value listed on the Inventory (AOC-E-505) list the gain as a receipt. If a sale results in a loss as compared to the value listed on the Inventory report the loss on Side One Part I of this form
4. Do not report, as a receipt changes in value (when compared to the value listed in the Inventory) of items which have not been sold.
5. If any real property willed to the estate has been sold report the entire proceeds as a receipt
6. If any real property not willed to the estate has been sold in a special proceeding to create assets with which to pay claims of the estate report as a receipt only that portion of the proceeds received from the Commissioners (the balance not needed to pay claims of the estate is distributed in the special proceeding)

| Date | Received From | Description | Amount Or Value |
|---|---|---|---|
| | | | $ |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| **NOTE:** The AOC-E-506 Part III Continuation may be used as an attachment. | **Sum Total From Attachment(s), If Any** | $ |
| | **TOTAL PART III.** ▶ | $ 0.00 |

**NOTES:** 1. Disbursements are expenditures of and for the estate and do not include expenses regarding real property not willed to the estate
2. List payments to creditors out of loans to the estate or reimbursements by the estate to persons who had directly paid creditors of the estate.
3. Provide copies of receipts, cancelled or imaged checks, or other satisfactory detailed proof of payments

| Date | Paid Or Disbursed To | Description | Amount Or Value |
|---|---|---|---|
| | | | $ |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| **NOTE:** The AOC-E-506 Part IV Continuation may be used as an attachment | **Sum Total From Attachment(s), If Any** | $ |
| | **TOTAL PART IV.** ▶ | $ 0.00 |

**NOTES:** 1. Provide copies of receipts, cancelled or imaged checks, or other satisfactory detailed proof of delivery or distribution
2. Attach itemized description of unrealized gains or losses or assets not sold but distributed. Do not include unrealized gain or loss amounts in Total Part I

| Date | Distributed To | Amount |
|---|---|---|
| | | $ 0.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | | |
|---|---|---|
| **NOTE:** The AOC-E-506 Part V Continuation may be used as an attachment. | **Sum Total From Attachment(s), If Any** | $ |
| | **TOTAL PART V.** ▶ | $ 0.00 |

STATE OF NORTH CAROLINA

COUNTY OF NEW HANOVER

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
BEFORE THE CLERK
FILE NO.: 19-E-144

In the Matter of the Estate of:

KENNETH SNEAD,

                Deceased.

)
)
)
)
)

**AFFIDAVIT FOR
ANNUAL ACCOUNT**

NOW COMES, Charlotte Noel Fox, Administrator of the Estate of Kenneth Snead, being first duly sworn, deposes and says that:

1. Kenneth Snead (the "Decedent") passed away on January 11, 2019.

2. On February 17, 2020, the Assistant Clerk of Superior Court of New Hanover County filed an Order appointing Charlotte Noel Fox as the Public Administrator of the Estate of Kenneth Snead.

3. On February 21 2020, Charlotte Noel Fox duly qualified as Administrator of the Estate of Kenneth Snead.

4. The Estate is a Defendant in a pending lawsuit (Wake County File 22CVS646) and the Estate cannot be closed until the lawsuit is settled.

This, the 7th day of February, 2022.

CRAIGE & FOX, PLLC

Charlotte Noel Fox
Administrator for the
Estate of Kenneth Snead
NC State Bar # 32678
701 Market Street
Wilmington, NC 28401
Telephone: (910) 815.0085
Fax: (910) 815.1095

A TRUE COPY
CLERK OF SUPERIOR COURT
NEW HANOVER COUNTY
BY: Jackie G. Gross
Asst. Clerk of Superior Court

STATE OF NORTH CAROLINA

COUNTY OF NEW HANOVER

I, Allison L. Bailey, a Notary Public in and for said County and State, hereby certify that Charlotte Noel Fox, Administrator of the Estate of Kenneth Snead, personally appeared before me this day and acknowledged the due execution of the foregoing instrument for the purposes therein expressed.

WITNESS my hand and official seal this, the 7 day of February, 2022.

_____
*Notary Public*

My Commission Expires: 1/2/2027

> Allison L. Bailey
> NOTARY PUBLIC
> Pender County, NC



**EXHIBIT D**

**STATE OF NORTH CAROLINA**

File No.
19-E-144

New Hanover **County**

FILED

In The General Court Of Justice
Superior Court Division Before The Clerk

**IN THE MATTER OF THE ESTATE OF**

Name
Kenneth Snead

NEW HANOVER CO. CSC

01/11/2019

**ACCOUNT**

☒ ANNUAL ☐ FINAL

☒ Deceased ☐ Minor ☐ Adult Ward ☐ Trust

G.S. 28A-21-1, -21-2, -21-3, -23-1; 35A-1264, -1266

I, the undersigned representative, being first duly sworn, certify that the following is a complete and accurate account of my receipts, disbursements and other transactions as representative of this estate or trust.

| Accounting Period From | Extending To | Date Of Death | NOTE: If Date Of Death is prior to January 1, 2013, do not use this version of the form. Instead, use the Rev. 12/17 version of the form. |
|---|---|---|---|
| 2/8/2022 | 2/8/2023 | 01/11/2019 | |

### PART I. SUMMARY

| | | | |
|---|---|---|---|
| 1. Subtotal Personal Property on Inventory or Subtotal Personal Property Held/Invested as Shown on Last Account | | $ | 0.00 |
| 2. Minus Loss from Sale of Personal Property when Compared to Value Listed on Inventory or Prior Account (Include or attach explanation.) _____ | | − $ | |
| 3. **SUBTOTAL** | | $ | 0.00 |
| 4. Plus Total Receipts as Shown on Reverse [Part III.] (costs apply to this amount) | + | $ | 0.00 |
| 5. **TOTAL ASSETS** | | $ | 0.00 |
| 6. Minus Disbursements (Debts or Expenses) as Shown on Reverse [Part IV.] | − | $ | 0.00 |
| 7. **SUBTOTAL** | | $ | 0.00 |
| 8. Minus Distributions (Inheritance to Heirs) as Shown on Reverse [Part V.] | − | $ | 0.00 |
| 9. **BALANCE AT END OF ACCOUNTING PERIOD** (When filing Final Account, this should equal zero.) | | $ | 0.00 |

### PART II. BALANCE HELD OR INVESTED

(Complete ONLY when filing an Annual Account with assets remaining in the Estate. Do not list account nos.)

| | **Balance** |
|---|---|
| 1. On Deposit in Banks, etc. | |
| | $ |
| | $ |
| | $ |
| 2. Invested in Securities, etc. | $ |
| 3. Tangible Personal Property | $ |
| 4. **SUBTOTAL - PERSONAL PROPERTY** | $ |
| 5. Real Estate Willed to the Estate and Not Sold (fair market value at date of death) $ | |
| 6. Real Estate Acquired by the Estate Under G.S. 28A-15-1 | $ |
| 7. Other | $ |
| **TOTAL BALANCE HELD OR INVESTED** (Must equal Balance shown in Part I. above) ▶ | $ 0.00 |

| Name And Address Of Fiduciary ☐ Change Of Address | Name And Address Of Co-Fiduciary ☐ Change Of Address |
|---|---|
| Charlotte Noel Fox | |
| Craige & Fox, PLLC | |
| 701 Market St. | |
| Wilmington, NC 28401 | |

| Signature Of Fiduciary | Title Administrator | Signature Of Co-Fiduciary | Title |
|---|---|---|---|

| **SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME** | **SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME** |
|---|---|

| Date 2/9/23 | Signature Of Person Authorized To Administer Oaths | Date | Signature Of Person Authorized To Administer Oaths |
|---|---|---|---|
| ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | Allison L. Bailey NOTARY PUBLIC Pender County, NC |

| Date Commission Expires 01/02/2027 | ☐ Notary | Date Commission Expires | ☐ Notary |
|---|---|---|---|
| County Where Notarized New Hanover | **SEAL** | County Where Notarized | **SEAL** |

A TRUE COPY OF SUPERIOR COURT NEW HANOVER COUNTY

### OUTCOME OF AUDIT BY CLERK AND ORDER OF

Bond? ☒ Yes, reviewed. ☐ Not applicable.

☒ The above account has been audited by me and the vouchers or verified proofs submitted by such fiduciary examined. The account

is ☒ approved ☐ disapproved

☐ As this is the final account, the fiduciary is discharged.

Asst. Clerk of Superior Court

| Date 2-9-2023 | Signature | ☐ Assistant CSC ☐ Clerk Of Superior Court |
|---|---|---|

(Over)

AOC-E-506, Rev. 6/21
© 2021 Administrative Office of the Courts

Case 5:15-cv-00451-BO   Document 510   Filed 03/05/24   Page 13 of 14

| PART III. RECEIPTS |
|---|

NOTES:
1. Rent from real property not willed to the estate goes to the heirs and is not a receipt of the estate.
2. List loans to the estate for the purpose of paying claims.
3. If a sale of personal property results in a gain over the value listed on the Inventory (AOC-E-505), list the gain as a receipt. If a sale results in a loss as compared to the value listed on the Inventory, report the loss on Side One, Part I of this form.
4. Do not report, as a receipt, changes in value (when compared to the value listed in the Inventory) of items which have not been sold.
5. If any real property willed to the estate has been sold, report the entire proceeds as a receipt.
6. If any real property not willed to the estate has been sold in a special proceeding to create assets with which to pay claims of the estate, report as a receipt only that portion of the proceeds received from the Commissioners (the balance not needed to pay claims of the estate is distributed in the special proceeding).

| Date | Received From | Description | Amount Or Value |
|---|---|---|---|
| | | | $ |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

NOTE: The AOC-E-506 Part III Continuation may be used as an attachment.

| | Sum Total From Attachment(s), If Any | $ |
|---|---|---|
| | TOTAL PART III. ▶ | $ 0.00 |

| PART IV. DISBURSEMENTS *(Debts or Administrative Expenses)* |
|---|

NOTES:
1. Disbursements are expenditures of and for the estate and do not include expenses regarding real property not willed to the estate.
2. List payments to creditors out of loans to the estate, or reimbursements by the estate to persons who had directly paid creditors of the estate.
3. Provide copies of receipts, cancelled or imaged checks, or other satisfactory detailed proof of payments.

| Date | Paid Or Disbursed To | Description | Amount Or Value |
|---|---|---|---|
| | | | $ |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

NOTE: The AOC-E-506 Part IV Continuation may be used as an attachment.

| | Sum Total From Attachment(s), If Any | $ |
|---|---|---|
| | TOTAL PART IV. ▶ | $ 0.00 |

| PART V. DISTRIBUTIONS *(Inheritance to Heirs)* |
|---|

NOTES:
1. Provide copies of receipts, cancelled or imaged checks, or other satisfactory detailed proof of delivery or distribution.
2. Attach itemized description of unrealized gains or losses or assets not sold but distributed. Do not include unrealized gain or loss amounts in Total Part V.

| Date | Distributed To | Amount |
|---|---|---|
| | | $ |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

NOTE: The AOC-E-506 Part V Continuation may be used as an attachment.

| | Sum Total From Attachment(s), If Any | $ |
|---|---|---|
| | TOTAL PART V. ▶ | $ 0.00 |