# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| J. DUANE GILLIAM, Guardian of the Estate of Leon Brown, RAYMOND C. TARLTON, Guardian Ad Litem for HENRY LEE MCCOLLUM, and KIMBERLY PINCHBECK, as Limited Guardian and Conservator of the Estate of Henry Lee McCollum<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBESON COUNTY, TOWN OF RED SPRINGS, KENNETH SEALY, both individually and in his Official Capacity as the Sheriff of Robeson County, LARRY FLOYD, LEROY ALLEN, PAUL CANADAY, Administrator C.T.A. of the Estate of Luther Haggins, ROBERT PRICE, Administrator C.T.A of the Estate of Joel Garth Locklear, Sr., CHARLOTTE NOEL FOX, Administrator of the Estate of Kenneth Snead,<br><br>*Defendants*. | Civil Action No. 5:15-cv-00451-BO |

## MOTION TO INTERVENE AND TO EXTEND DEADLINE TO RESPOND TO PLAINTIFFS' MOTION FOR LEAVE

Non-party Lexington Insurance Company ("Lexington") respectfully moves to intervene in this action pursuant to Federal Rule of Civil Procedure 24 for the limited purpose of opposing Plaintiffs Leon Brown and Henry Lee McCollum's Motion for Leave to File Supplemental Complaint (ECF No. 508). Lexington also moves to extend the deadline to respond to Plaintiffs' Motion for Leave until 21 days after the Court's ruling on the instant motion. The basis for this motion is set forth in the accompanying brief.

Submitted this 11th day of March, 2024.

                                                    */s/ Kelsey L. Kingsbery*
                                                    Kelsey L. Kingsbery
                                                    N.C. Bar No.: 51736
                                                    **ALSTON & BIRD LLP**
                                                    555 Fayetteville Street, Suite 600
                                                    Raleigh, North Carolina 27601
                                                    Telephone: 919-862-2227
                                                    Facsimile: 919-862-2260
                                                    E-mail: kelsey.kingsbery@alston.com

                                                    *Attorney for Movant Lexington Insurance Company*

# CERTIFICATE OF SERVICE

This is to certify that this day, March 11, 2024, I electronically filed the foregoing MOTION TO INTERVENE AND TO EXTEND DEADLINE TO RESPOND TO PLAINTIFFS' MOTION FOR LEAVE with the Clerk of the Court using the CM/ECF system which will send notification of such filing and effectuate service to all counsel of record in this matter.

*/s/ Kelsey L. Kingsbery*
Kelsey L. Kingsbery
N.C. Bar No.: 51736
**ALSTON & BIRD LLP**
555 Fayetteville Street, Suite 600
Raleigh, North Carolina 27601
Telephone: 919-862-2227
Facsimile: 919-862-2260
E-mail: kelsey.kingsbery@alston.com

*Attorney for Movant Lexington Insurance Company*