IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-451-BO

RAYMOND TARLTON, as guardian ad litem for )
HENRY LEE MCCOLLUM, *et al.*, )
)
Plaintiffs, )
)
v. ) ORDER
)
LEROY ALLEN, *et al.* )
)
Defendants. )

This cause comes before the Court on motions by Lexington Insurance Company, General Star National Insurance Company, Jefferson Insurance Company, and Clarendon National Insurance Company seeking to intervene for the limited purpose of responding in opposition to plaintiffs' motion for leave to file a supplemental complaint. The proposed intervenors further request extensions of time to respond to plaintiffs' motion. [DE 512, 517, 521, 523]. Plaintiffs consent to the requests to intervene and ask that the Court order the proposed intervenors to respond to their motion for leave to file a supplemental complaint within fourteen days. [DE 530]. Plaintiffs have also filed a motion to substitute the proposed supplemental complaint attached to their motion for leave to file a supplemental complaint. [DE 528]. Plaintiffs' updated proposed supplemental complaint reflects the return of unsatisfied final judgments on March 12, 2024.

Without opposition from plaintiffs, the motions for leave to intervene [DE 512, 517] and joinder in motions for leave to intervene [521, 523] are GRANTED. Lexington Insurance Company, General Star National Insurance Company, Jefferson Insurance Company, and Clarendon National Insurance Company are permitted to intervene for the limited purpose of

responding in opposition to plaintiffs' motion for leave to file a supplemental complaint. Their responses shall be filed not later than April 24, 2024. Any reply by plaintiffs shall be filed not later than May 1, 2024. Plaintiffs' motion to substitute the proposed supplemental complaint [DE 528] is also GRANTED.

A hearing on the motion for leave to file a supplemental complaint [DE 503] will be held before the undersigned on May 2, 2024, at 2:00 p.m. at the United States Courthouse at 310 New Bern Avenue in Raleigh, North Carolina.

SO ORDERED, this __10__ day of April 2024.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE