IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CV-451-BO

J. DUANE GILLIAM, Guardian of the
Estate of Leon Brown, RAYMOND C.
TARLTON, Guardian Ad Litem for HENRY
LEE MCCOLLUM, and KIMBERLY
PINCHBECK, as Limited Guardian and
Conservator of the Estate of Henry Lee
McCollum,

            Plaintiffs,

     v.

ROBESON COUNTY, TOWN OF RED SPRINGS,
KENNETH SEALEY, both Individually and in his
Official Capacity as the Sheriff of Robeson County,
LARRY FLOYD, LEROY ALLEN, PAUL CANADAY,
Administrator C.T.A. of the Estate of Luther Haggins,
ROBERT PRICE, Administrator C.T.A. of the Estate of
Joel Garth Locklear, Sr., CHARLOTTE NOEL FOX,
Administrator of the Estate of Kenneth Snead,

            Defendants.

**ORDER**

This matter having come before the court on guardian ad litem (GAL) Raymond Tarlton's motion to determine GAL fees and issue an order for payment, and for good cause shown, it is ORDERED that Kimberly Pinchbeck, as limited guardian and conservator for the estate of Henry McCollum issue a payment of $95,275.50 pursuant to the Judgment of Fees DE 457 to Mr. Tarlton with the following information as payee:

Raymond Tarlton
Tarlton Law PLLC
3801 Lake Boone Trail, Ste. 260
Raleigh, NC 27607

It is also ORDERED that Mr. Tarlton's GAL fees for work performed on this matter

following the entry of said judgment are to be paid by Kimberly Pinchbeck, as limited guardian

and conservator for the estate of Henry McCollum, to the same payee provided above following

approval of such fees by the Court.


SO ORDERED, this _3_ day of _May_ , 2024.

_Terrence Boyle_
TERRENCE W. BOYLE
United States District Judge