IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:15-CV-00451-BO

J. DUANE GILLIAM, Guardian of the
Estate of Leon Brown, RAYMOND C.
TARLTON, Guardian Ad Litem for
HENRY LEE MCCOLLUM, and
KIMBERLY PINCHBECK, as Limited
Guardian and Conservator of the Estate of
Henry Lee McCollum,

              Plaintiffs,

   v.

ROBESON COUNTY, TOWN OF RED SPRINGS,
KENNETH SEALEY, both Individually and in his
Official Capacity as the Sheriff of Robeson County,
LARRY FLOYD, LEROY ALLEN, PAUL
CANADAY, Administrator C.T.A. of the Estate of
Luther Haggins, ROBERT PRICE, Administrator
C.T.A. of the Estate of Joel Garth Locklear, Sr.,
CHARLOTTE NOEL FOX, Administrator of the
Estate of Kenneth Snead,

              Defendants.

**ORDER ON CONSENT
MOTION TO EXPEDITE
REVIEW OF CONSENT
MOTION TO APPROVE
SETTLEMENT**

This matter came before the Court on Defendants, Charlotte Noel Fox, Administrator of

the Estate of Kenneth Snead and Leroy Allen's (collectively the "SBI Defendants") Motion to to

expedite consideration of the consent motion to approve settlement agreement with the State of

North Carolina (DE-573). Opposing counsel consents and the Court agrees to hear the Motion or

rule on it by June 27, 2024.

This the 2**6** day of June, 2024

                    _Terrence Boyle_
                    Terrence W. Boyle
                    United States District Judge