IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:15-CV-00451-BO

| | |
|---|---|
| J. DUANE GILLIAM, Guardian of the Estate of Leon Brown, RAYMOND C. TARLTON, Guardian Ad Litem for HENRY LEE MCCOLLUM, and KIMBERLY PINCHBECK, Limited Guardian and Conservator of the Estate of Henry Lee McCollum,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBESON COUNTY, TOWN OF RED SPRINGS, KENNETH SEALEY, both Individually and in his Official Capacity as the Sheriff of Robeson County, LARRY FLOYD, LEROY ALLEN, PAUL CANADAY, Administrator C.T.A. of the Estate of Luther Haggins, ROBERT PRICE, Administrator C.T.A. of the Estate of Joel Garth Locklear, Sr., and CHARLOTTE NOEL FOX, Administrator of the Estate of Kenneth Snead,<br><br>    Defendants,<br><br>and<br><br>JEFFERSON INSURANCE COMPANY, NATIONAL CASUALTY COMPANY, GENERAL STAR NATIONAL INSURANCE COMPANY, CLARENDON NATIONAL INSURANCE COMPANY, and LEXINGTON INSURANCE COMPANY,<br><br>    Supplemental Defendants. | **AMENDED SCHEDULING ORDER** |

For good cause shown, Plaintiffs' Motion to Amend the Scheduling Order is GRANTED.

1. The Defendant Insurers' responses to the supplemental complaint are due August 5, 2024, unless the time for filing is otherwise extended by the court;

2. Plaintiffs' opposition(s) to any responsive motion(s) filed by the Defendant Insurers shall be due no later than 60 days from the date of each such responsive motion (if any), and the reply or replies of the moving Defendant Insurer(s) shall be due no later than 30 days from the date of Plaintiffs' opposition(s);

3. Fact discovery shall commence upon entry of the amended scheduling order and shall conclude no later than five months after commencing, though any party may seek to extend this deadline at a later date upon a showing of good cause. The fact discovery period will include initial disclosures as provided under Federal Rule of Civil Procedure 26(a)(1)(A), which disclosures shall be due 14 days from the commencement of the fact discovery period. The parties will confer to consider and discuss a discovery plan within seven days upon entry of the amended scheduling order. Notwithstanding such conference, all documents that a party agrees in its written responses to produce in response to another party's request for production of documents shall be produced within 21 days of the producing party's written response;

4. Following the end of the fact discovery period, an expert discovery period shall be commenced and shall conclude no later than three months after commencing;. The parties shall serve any opening expert reports within 15 days of the commencement of the expert discovery period. The parties shall serve any rebuttal expert reports within 30 days of receiving opening expert reports. The

parties shall complete the depositions of any experts within 45 days of receiving rebuttal expert reports;

5. Any dispositive motions and *Daubert* motions shall be filed within 30 days of the end of the expert discovery period. Any opposition(s) shall be due no later than 30 days from the date of each such dispositive motion or *Daubert* motion, and any reply or replies shall be due no later than 14 days from the date of each such opposition;

6. The Federal Rules of Civil Procedure and the Local Rules of the Eastern District of North Carolina apply where otherwise not stated in this motion; and

7. The parties may move to amend the Scheduling Order at a later date for good cause.

SO ORDERED, this the ___6___ day of August 2024.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE