IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-451-BO

RAYMOND TARLTON, as guardian ad litem for )
HENRY LEE MCCOLLUM, *et al.*, )
)
      Plaintiffs, )
)
v. )    O R D E R
)
LEROY ALLEN, *et al.* )
)
      Defendants. )
)
and )
)
JEFFERSON INSURANCE COMPANY, *et al.*, )
)
      Supplemental Defendants. )

In light of the filing of an amended supplemental complaint, [DE 595], the motion to dismiss at [DE 584] and motion for judgment on the pleadings [DE 593] which address the original supplemental complaint are DENIED AS MOOT. *See Fawzy v. Wauquiez Boats SNC*, 873 F.3d 451, 455 (4th Cir. 2017).

SO ORDERED, this 27 day of January 2025.

                                          TERRENCE W. BOYLE
                                          UNITED STATES DISTRICT JUDGE