## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

| | |
|---|---|
| J. DUANE GILLIAM, Guardian of the Estate of Leon Brown, RAYMOND C. TARLTON, Guardian Ad Litem for HENRY LEE MCCOLLUM, and KIMBERLY PINCHBECK, Limited Guardian and Conservator of the Estate of Henry Lee McCollum, <br><br> Plaintiffs, <br><br> and <br><br> ELISA SALMON, Court-Appointed Receiver, <br><br> Cross-Claimant against LEXINGTON INSURANCE COMPANY, <br><br> v. <br><br> ROBESON COUNTY, TOWN OF RED SPRINGS, KENNETH SEALEY, both Individually and in his Official Capacity as the Sheriff of Robeson County, LARRY FLOYD, LEROY ALLEN, PAUL CANADAY, Administrator C.T.A. of the Estate of Luther Haggins, ROBERT PRICE, Administrator C.T.A. of the Estate of Joel Garth Locklear, Sr., CHARLOTTE NOEL FOX, Administrator of the Estate of Kenneth Snead, <br><br> Defendants, <br><br> JEFFERSON INSURANCE COMPANY, NATIONAL CASUALTY COMPANY, GENERAL STAR NATIONAL INSURANCE COMPANY, and CLARENDON NATIONAL INSURANCE COMPANY, <br><br> Supplemental Defendants, <br><br> and <br><br> LEXINGTON INSURANCE COMPANY, <br><br> Supplemental Defendant and Cross-Claim Defendant. | **ORDER GRANTING PLAINTIFF HENRY LEE MCCOLLUM'S MOTION TO FILE SETTLEMENT AGREEMENT WITH SUPPLEMENTAL DEFENDANT JEFFERSON INSURANCE COMPANY UNDER PERMANENT SEAL** <br><br> **Case No. 5:15-CV-00451-BO** |

Upon Motion of Plaintiff Henry Lee McCollum ("Plaintiff") to File Plaintiff's settlement agreement ("Settlement Agreement") with Supplemental Defendant Jefferson Insurance Company Under Seal or, in the Alternative, with Redactions, this Court finds that good cause exists to permanently seal such document, pursuant to Local Rule 79.2 and Section V(G) of the Electronic Case Filing Administrative Policies and Procedures Manual.

Accordingly, Plaintiff's Motion is GRANTED in part and DENIED in part as moot. The Settlement Agreement shall be permanently sealed by this Court and shall not be unsealed except upon further order of this Court.

SO ORDERED this the **3** day of **March**, 2025.

*Terence Boyle*
TERRENCE W. BOYLE
United States District Judge