IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-451-BO

RAYMOND TARLTON, as guardian ad litem for )
HENRY LEE MCCOLLUM, *et al.*, )
                             )
         Plaintiffs, )
                             )
    v. )                O R D E R
                             )
LEROY ALLEN, *et al.* )
                             )
         Defendants. )
                             )
    and )
                             )
JEFFERSON INSURANCE COMPANY, *et al.*, )
                             )
         Supplemental Defendants. )

This cause comes before the Court for entry of a revised scheduling order. *See* [DE 712]. The following deadlines are hereby imposed: All discovery shall close on August 31, 2026, and all dispositive and any *Daubert* motions shall be filed not later than September 30, 2026. The Court anticipates a trial setting in November 2026. The parties shall meet, confer, and agree regarding any discovery deadlines not addressed by entry of this order, including but not limited to any deadlines for completion of depositions and service of expert reports. However, all agreed upon discovery deadlines must allow for the close of all discovery by the August 31, 2026, deadline.

SO ORDERED, this \_\_\_\_**7**\_\_\_\_ day of April 2026.

Terrence Boyle
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE