# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

J. DUANE GILLIAM, Guardian of the Estate of Leon Brown, RAYMOND C. TARLTON, Guardian Ad Litem for HENRY LEE MCCOLLUM, and KIMBERLY PINCHBECK, Limited Guardian and Conservator of the Estate of Henry Lee McCollum,

      Plaintiffs,

    and

ELISA SALMON, Court-Appointed Receiver,
      Cross-Claimant against
      LEXINGTON INSURANCE
      COMPANY,

v.

ROBESON COUNTY, TOWN OF RED SPRINGS, KENNETH SEALEY, both Individually and in his Official Capacity as the Sheriff of Robeson County, LARRY FLOYD, LEROY ALLEN, PAUL CANADAY, Administrator C.T.A. of the Estate of Luther Haggins, ROBERT PRICE, Administrator C.T.A. of the Estate of Joel Garth Locklear, Sr., CHARLOTTE NOEL FOX, Administrator of the Estate of Kenneth Snead,

      Defendants,

JEFFERSON INSURANCE COMPANY, NATIONAL CASUALTY COMPANY, GENERAL STAR NATIONAL INSURANCE COMPANY, and CLARENDON NATIONAL INSURANCE COMPANY,

      Supplemental Defendants,
    and

LEXINGTON INSURANCE COMPANY,

      Supplemental Defendant and
      Cross-Claim Defendant.

**NOTICE OF SETTLEMENT**

Civil Action No. 5:15-cv-00451-BO

The parties hereby notify the Court that they reached a global settlement in principle of McCollum's, Brown's, and the Receiver's claims against Lexington Insurance Company, as well as Lexington's claims against McCollum and Brown. The parties are finalizing the details of that proposed settlement for presentation to the Court for approval. That proposed settlement agreement will be presented as soon as practicable. This settlement would not resolve the Co-Receiver's claims for malpractice against Hall Booth Smith, P.C., which are currently pending in Robeson County Superior Court.

Dated this 4th day of June, 2026.

*/s/ Elliot S. Abrams*
**CHESHIRE PARKER**
**SCHNEIDER & ABRAMS, PLLC**

ELLIOT ABRAMS (N.C. State Bar No. 42639)
133 Fayetteville Street, Suite 400
Raleigh, North Carolina 27601
Telephone: (919) 833-3114
Email: elliot.abrams@cheshirepark.com

**COVINGTON & BURLING LLP**

SETH TUCKER (stucker@cov.com)
TYLER WEINBLATT (tweinblatt@cov.com)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000

DAVID A. LUTTINGER JR. (dluttinger@cov.com)
ALICIA OLIA (aolia@cov.com)
JOSEPH VANDEGRIFF (jvandegriff@cov.com)
ADIRA E. LEVINE (alevine@cov.com)
30 Hudson Yards
New York, New York 10001-2170
Telephone: (212) 841-1000

*Attorneys for Plaintiffs and Cross-Claimant*

2