**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

J. DUANE GILLIAM, Guardian of the Estate of Leon Brown, RAYMOND C. TARLTON, Guardian Ad Litem for HENRY LEE MCCOLLUM, and KIMBERLY PINCHBECK, Limited Guardian and Conservator of the Estate of Henry Lee McCollum,

Plaintiffs,

and

ELISA SALMON, Court-Appointed Receiver,

Cross-Claimant against LEXINGTON INSURANCE COMPANY,

v.

ROBESON COUNTY, TOWN OF RED SPRINGS, KENNETH SEALEY, both Individually and in his Official Capacity as the Sheriff of Robeson County, LARRY FLOYD, LEROY ALLEN, PAUL CANADAY, Administrator C.T.A. of the Estate of Luther Haggins, ROBERT PRICE, Administrator C.T.A. of the Estate of Joel Garth Locklear, Sr., CHARLOTTE NOEL FOX, Administrator of the Estate of Kenneth Snead,

Defendants,

JEFFERSON INSURANCE COMPANY, NATIONAL CASUALTY COMPANY, GENERAL STAR NATIONAL INSURANCE COMPANY, and CLARENDON NATIONAL INSURANCE COMPANY,

Supplemental Defendants,

and

LEXINGTON INSURANCE COMPANY,

Supplemental Defendant and Cross-Claim Defendant.

**PLAINTIFFS HENRY LEE MCCOLLUM AND LEON BROWN'S AND CROSS-CLAIMANT AND COURT-APPOINTED RECEIVER ELISA SALMON'S MOTION TO FILE SETTLEMENT AGREEMENT WITH SUPPLEMENTAL DEFENDANT AND CROSS-CLAIM DEFENDANT LEXINGTON INSURANCE COMPANY UNDER SEAL OR, IN THE ALTERNATIVE, WITH REDACTIONS**

**Case No. 5:15-CV-00451-BO**

Plaintiffs Henry Lee McCollum and Leon Brown ("Plaintiffs") and Cross-Claimant and Court-Appointed Receiver Elisa Salmon ("Receiver"), by and through undersigned counsel and with the consent of all remaining parties, hereby move this Court, pursuant to Local Rule 79.2 and Section V(G) of the Electronic Case Filing Administrative Policies and Procedures Manual, to File Plaintiffs' and Receiver's settlement agreement ("Settlement Agreement") with Supplemental Defendant and Cross-Claim Defendant Lexington Insurance Company ("Lexington"), Under Seal or, in the Alternative, with Redactions.

1. Plaintiffs and Receiver are simultaneously filing a Consent Motion and Proposed Consent Order Approving Settlement with Supplemental Defendant and Cross-Claim Defendant Lexington, with the Settlement Agreement attached thereto.

2. By the terms of the Settlement Agreement, the terms of the agreement are confidential and not subject to public disclosure. The Settlement Agreement requires the parties to make efforts to file any motion to approve the agreement under seal. Accordingly, it is necessary to file the Settlement Agreement under seal.

3. In the event the Court finds that permanent sealing is not warranted here, Plaintiffs and Receiver request, in the alternative, that the Court permit Plaintiffs and Receiver to file the Settlement Agreement (1) under seal for a limited, two-year period or (2) with the settlement amount redacted.

4. Further grounds in support of this Motion to Seal or Redact are contained in Plaintiffs' and Receiver's supporting memorandum of law, which is being filed contemporaneously herewith.

WHEREFORE, Plaintiffs Henry Lee McCollum and Leon Brown and Cross-Claimant and Court-Appointed Receiver Elisa Salmon move this Court to Seal the Settlement Agreement or, in

the Alternative, to allow Plaintiffs and Receiver to File the Settlement Agreement with Redactions, pursuant to Local Rule 79.2 and Section V(G) of the Electronic Case Filing Administrative Policies and Procedures Manual.

Respectfully submitted, this the 19th day of August, 2026.


*/s/ Elliot S. Abrams*

**CHESHIRE PARKER SCHNEIDER & ABRAMS, PLLC**

ELLIOT ABRAMS (N.C. State Bar No. 42639)
133 Fayetteville Street, Suite 400
Raleigh, North Carolina 27601
Telephone: (919) 833-3114
Email: elliot.abrams@cheshirepark.com

**COVINGTON & BURLING LLP**

SETH TUCKER (stucker@cov.com)
TYLER WEINBLATT (tweinblatt@cov.com)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000

DAVID A. LUTTINGER JR. (dluttinger@cov.com)
ALICIA OLIA (aolia@cov.com)
JOSEPH VANDEGRIFF (jvandegriff@cov.com)
ADIRA LEVINE (alevine@cov.com)
30 Hudson Yards
New York, New York 10001
Telephone: (212) 841-1000

*Attorneys for Plaintiffs and Receiver*