**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

J. DUANE GILLIAM, Guardian of the Estate of Leon Brown, RAYMOND C. TARLTON, Guardian Ad Litem for HENRY LEE MCCOLLUM, and KIMBERLY PINCHBECK, Limited Guardian and Conservator of the Estate of Henry Lee McCollum,

Plaintiffs,

and

ELISA SALMON, Court-Appointed Receiver,

Cross-Claimant against LEXINGTON INSURANCE COMPANY,

v.

ROBESON COUNTY, TOWN OF RED SPRINGS, KENNETH SEALEY, both Individually and in his Official Capacity as the Sheriff of Robeson County, LARRY FLOYD, LEROY ALLEN, PAUL CANADAY, Administrator C.T.A. of the Estate of Luther Haggins, ROBERT PRICE, Administrator C.T.A. of the Estate of Joel Garth Locklear, Sr., CHARLOTTE NOEL FOX, Administrator of the Estate of Kenneth Snead,

Defendants,

JEFFERSON INSURANCE COMPANY, NATIONAL CASUALTY COMPANY, GENERAL STAR NATIONAL INSURANCE COMPANY, and CLARENDON NATIONAL INSURANCE COMPANY,

Supplemental Defendants,

and

LEXINGTON INSURANCE COMPANY,

Supplemental Defendant and Cross-Claim Defendant.

**[PROPOSED] ORDER GRANTING IN PART PLAINTIFFS HENRY LEE MCCOLLUM AND LEON BROWN'S AND CROSS-CLAIMANT AND COURT-APPOINTED RECEIVER ELISA SALMON'S MOTION TO FILE SETTLEMENT AGREEMENT WITH SUPPLEMENTAL DEFENDANT AND CROSS-CLAIM DEFENDANT LEXINGTON INSURANCE COMPANY WITH REDACTIONS**

**Case No. 5:15-CV-00451-BO**

Upon Motion of Plaintiffs Henry Lee McCollum and Leon Brown ("Plaintiffs") and Cross-Claimant and Court-Appointed Receiver Elisa Salmon ("Receiver") to File Plaintiffs' and Receiver's settlement agreement ("Settlement Agreement") with Supplemental Defendant and Cross-Claim Defendant Lexington Insurance Company Under Seal or, in the Alternative, with Redactions, this Court finds that good cause exists to permit Plaintiffs and Receiver to redact the settlement amount, pursuant to Local Rule 79.2 and Section V(G) of the Electronic Case Filing Administrative Policies and Procedures Manual.

Accordingly, Plaintiffs' and Receiver's Motion is GRANTED in part and DENIED in part as moot. The Settlement Agreement shall be filed in redacted form, with the settlement amount and payment information redacted. Such redaction shall not be removed except upon order of this Court.

SO ORDERED this the ___ day of ________, 2026.

____________________________
TERRENCE W. BOYLE
United States District Court