IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-451-BO

| | | |
|---|---|---|
| RAYMOND TARLTON, as guardian ad litem for HENRY LEE MCCOLLUM, *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | <u>ORDER</u> |
| LEROY ALLEN, *et al.* | ) | |
| Defendants. | ) | |
| and | ) | |
| JEFFERSON INSURANCE COMPANY, *et al.*, | ) | |
| Supplemental Defendants. | ) | |

This cause comes before the Court on plaintiffs' and cross-claimant receiver's motion for partial summary judgment and motion for leave to file excess pages. [DE 691]; [DE 706]. On September 10, 2026, the Court entered a consent order approving a settlement with the remaining supplemental defendant and cross-claim defendant Lexington Insurance Company. [DE 720]. Pursuant to the consent motion to approve settlement, "the parties will file in court all documents needed to dismiss with prejudice all causes of action each has asserted against the other" after the settlement agreement becomes effective. [DE 716] ¶ 11(c).

In light of the foregoing, the pending motions for partial summary judgment and leave to file excess pages [DE 691]; [DE 706] are DENIED without prejudice as MOOT.

SO ORDERED, this 15 day of September 2026.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE