**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

J. DUANE GILLIAM, Guardian of the Estate of Leon Brown, RAYMOND C. TARLTON, Guardian Ad Litem for HENRY LEE MCCOLLUM, and KIMBERLY PINCHBECK, Limited Guardian and Conservator of the Estate of Henry Lee McCollum,

Plaintiffs,

and

ELISA SALMON, Court-Appointed Receiver,

Cross-Claimant against LEXINGTON INSURANCE COMPANY,

v.

ROBESON COUNTY, TOWN OF RED SPRINGS, KENNETH SEALEY, both Individually and in his Official Capacity as the Sheriff of Robeson County, LARRY FLOYD, LEROY ALLEN, PAUL CANADAY, Administrator C.T.A. of the Estate of Luther Haggins, ROBERT PRICE, Administrator C.T.A. of the Estate of Joel Garth Locklear, Sr., CHARLOTTE NOEL FOX, Administrator of the Estate of Kenneth Snead,

Defendants,

JEFFERSON INSURANCE COMPANY, NATIONAL CASUALTY COMPANY, GENERAL STAR NATIONAL INSURANCE COMPANY, and CLARENDON NATIONAL INSURANCE COMPANY,

Supplemental Defendants,

and

LEXINGTON INSURANCE COMPANY,

Supplemental Defendant and Cross-Claim Defendant.

**STIPULATION FOR DISMISSAL OF CROSS-CLAIM DEFENDANT LEXINGTON INSURANCE COMPANY**

Case No. 5:15-CV-00451-BO

**STIPULATION FOR DISMISSAL OF CROSS-CLAIM DEFENDANT LEXINGTON INSURANCE COMPANY**

Cross-Claimant and Court-Appointed Receiver Elisa Salmon and Court-Appointed Co-Receiver Danny Earl Britt, Jr. ("Receivers") and Cross-Claim Defendant Lexington Insurance Company ("Lexington"), by and through their respective attorneys, hereby stipulate and jointly request that the Court dismiss with prejudice all claims asserted by Receivers against Lexington, and all claims, if any, asserted by Lexington against Receivers, in this action. Receivers and Lexington have agreed to bear their own costs arising out of proceedings against each other in this Court to date.

This stipulation dismisses only the claims between Receivers and Lexington. It does not dismiss any other claim or party, does not terminate or otherwise affect the receivership established by this Court [D.E. 563, D.E. 685], and does not close this action. The receivership remains open, and the Receivers continue to serve under the Court's prior orders until the Court orders otherwise.

Respectfully submitted, this the 15th day of October, 2026.

/s/ Elliot S. Abrams

**CHESHIRE PARKER**
**SCHNEIDER & ABRAMS, PLLC**

ELLIOT S. ABRAMS (N.C. State Bar No. 42639)
133 Fayetteville Street, Suite 400
Raleigh, North Carolina 27601
Telephone: (919) 833-3114
Email: elliot.abrams@cheshirepark.com

**COVINGTON & BURLING LLP**

SETH TUCKER (stucker@cov.com)
TYLER WEINBLATT (tweinblatt@cov.com)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000

DAVID A. LUTTINGER JR.
(dluttinger@cov.com)
ALICIA OLIA (aolia@cov.com)
JOSEPH VANDEGRIFF (jvandegriff@cov.com)
ADIRA LEVINE (alevine@cov.com)
30 Hudson Yards
New York, New York 10001
Telephone: (212) 841-1000

*Attorneys for Receivers Elisa Salmon and Danny Earl Britt, Jr.*

/s/ Nicholas A. Young

**ALSTON & BIRD LLP**

KELSEY L. KINGSBERY (N.C. Bar No. 51736)
NICHOLAS A. YOUNG (N.C. Bar No. 58154)
555 Fayetteville Street, Suite 600
Raleigh, North Carolina 27601
Telephone: (919) 862-2227
Email: kelsey.kingsbery@alston.com

ALEXANDER S. LORENZO (N.Y. Bar No. 4426094)
MATTHEW B. BYERS (M.A. Bar No. 696230)
90 Park Avenue
New York, New York 10016
Telephone: (212) 210-9400
Email: alexander.lorenzo@alston.com

*Attorneys for Cross-Claim Defendant Lexington Insurance Company*