IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-451-BO

| | | |
|---|---|---|
| RAYMOND TARLTON, as guardian ad litem for HENRY LEE MCCOLLUM, *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | <u>O R D E R</u> |
| LEROY ALLEN, *et al.* | ) | |
| Defendants. | ) | |
| and | ) | |
| JEFFERSON INSURANCE COMPANY, *et al.*, | ) | |
| Supplemental Defendants. | ) | |

On October 15, 2026, the remaining parties in this action filed stipulations of dismissal as to all remaining claims and cross-claims between them. [DE 723]; [DE 724]. As is reflected in the stipulations of dismissal, the receiverships remain open and the receivers continue to serve pursuant to this Court's orders. The clerk is therefore DIRECTED to remove this case from the Court's active docket. The case will be returned to the active docket if requested by a party.

SO ORDERED, this 20 day of October 2026.

Terrence Boyle
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE