**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

J. DUANE GILLIAM, Guardian of the Estate of Leon Brown, RAYMOND C. TARLTON, Guardian Ad Litem for HENRY LEE MCCOLLUM, and KIMBERLY PINCHBECK, Limited Guardian and Conservator of the Estate of Henry Lee McCollum,

Plaintiffs,

and

ELISA SALMON, Court-Appointed Receiver,

Cross-Claimant against LEXINGTON INSURANCE COMPANY,

v.

ROBESON COUNTY, TOWN OF RED SPRINGS, KENNETH SEALEY, both Individually and in his Official Capacity as the Sheriff of Robeson County, LARRY FLOYD, LEROY ALLEN, PAUL CANADAY, Administrator C.T.A. of the Estate of Luther Haggins, ROBERT PRICE, Administrator C.T.A. of the Estate of Joel Garth Locklear, Sr., CHARLOTTE NOEL FOX, Administrator of the Estate of Kenneth Snead,

Defendants,

JEFFERSON INSURANCE COMPANY, NATIONAL CASUALTY COMPANY, GENERAL STAR NATIONAL INSURANCE COMPANY, and CLARENDON NATIONAL INSURANCE COMPANY,

Supplemental Defendants,

and

LEXINGTON INSURANCE COMPANY,

Supplemental Defendant and Cross-Claim Defendant.

**MOTION OF SETH TUCKER, TYLER WEINBLATT, DAVID A. LUTTINGER JR., ALICIA OLIA, JOSEPH VANDEGRIFF, AND ADIRA LEVINE FOR LEAVE TO WITHDRAW NOTICES OF APPEARANCE**

**Case No. 5:15-CV-00451-BO**

Pursuant to Local Civil Rule 5.2(e) for the Eastern District of North Carolina, Seth Tucker, Tyler Weinblatt, David A. Luttinger Jr., Alicia Olia, Joseph Vandegriff, and Adira Levine (Movants), attorneys at Covington & Burling LLP on behalf of Plaintiffs Leon Brown and Henry Lee McCollum and Cross-Claimant/Court-Appointed Receiver Elisa Salmon, respectfully move to withdraw their notices of appearance in the above-captioned action on behalf of Plaintiffs and Cross-Claimant.

The Movants appeared as counsel in this action in connection with Plaintiffs' Motion for Leave to File Supplemental Complaint (ECF No. 508) in order to recover insurance proceeds available to Plaintiffs for the judgment Plaintiffs were awarded following their Section 1983 action, initiated on August 31, 2025. The Movants appeared as counsel, and remained on as counsel, to assist Plaintiffs and Cross-Claimant in the recovery of the insurance proceeds.

In August 2026, Plaintiffs and Cross-Claimant reached a settlement agreement with the last defendant insurer in this action, Lexington Insurance Company. This Court approved that settlement on September 10, 2026. ECF No. 720. On October 15, 2026, Plaintiffs and Cross-Claimant filed Stipulations of Dismissal of Defendant Lexington Insurance Company. ECF Nos. 723-24. Those stipulations were granted on October 21, 2026. ECF No. 725. Accordingly, the insurance recovery portion of this action against Jefferson Insurance Company, National Casualty Company, General Star National Insurance Company, Clarendon National Insurance Company, and Lexington Insurance Company has concluded, and the Movants now seek leave to withdraw as counsel.

The stipulations did not terminate the receivership, which remains open. Co-counsel Elliot Abrams will continue to serve as counsel for Plaintiffs and Cross-Claimant, who all have been informed of this motion and consent to the withdrawal of the Movants.

Respectfully submitted, this the 18th day of November, 2026.

*/s/ Seth Tucker*

**COVINGTON & BURLING LLP**

SETH TUCKER (stucker@cov.com)
TYLER WEINBLATT (tweinblatt@cov.com)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000

DAVID A. LUTTINGER JR. (dluttinger@cov.com)
ALICIA OLIA (aolia@cov.com)
JOSEPH VANDEGRIFF (jvandegriff@cov.com)
ADIRA LEVINE (alevine@cov.com)
30 Hudson Yards
New York, New York 10001
Telephone: (212) 841-1000

*Attorneys for Plaintiffs Henry Lee McCollum and Leon Brown and for Receiver Elisa Salmon*