**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

J. DUANE GILLIAM, Guardian of the Estate of Leon Brown, RAYMOND C. TARLTON, Guardian Ad Litem for HENRY LEE MCCOLLUM, and KIMBERLY PINCHBECK, Limited Guardian and Conservator of the Estate of Henry Lee McCollum,

Plaintiffs,

and

ELISA SALMON, Court-Appointed Receiver,

Cross-Claimant against LEXINGTON INSURANCE COMPANY,

v.

ROBESON COUNTY, TOWN OF RED SPRINGS, KENNETH SEALEY, both Individually and in his Official Capacity as the Sheriff of Robeson County, LARRY FLOYD, LEROY ALLEN, PAUL CANADAY, Administrator C.T.A. of the Estate of Luther Haggins, ROBERT PRICE, Administrator C.T.A. of the Estate of Joel Garth Locklear, Sr., CHARLOTTE NOEL FOX, Administrator of the Estate of Kenneth Snead,

Defendants,

JEFFERSON INSURANCE COMPANY, NATIONAL CASUALTY COMPANY, GENERAL STAR NATIONAL INSURANCE COMPANY, and CLARENDON NATIONAL INSURANCE COMPANY,

Supplemental Defendants,

and

LEXINGTON INSURANCE COMPANY,

Supplemental Defendant and Cross-Claim Defendant.

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW NOTICES OF APPEARANCE**

**Case No. 5:15-CV-00451-BO**

Pursuant to Local Civil Rule 5.2(e) for the Eastern District of North Carolina, the Motion for Leave to Withdraw Notices of Appearance by Seth Tucker, Tyler Weinblatt, David A. Luttinger Jr., Alicia Olia, Joseph Vandegriff, and Adira Levine of Covington & Burling LLP is hereby GRANTED, and their appearances as counsel for Plaintiffs Leon Brown and Henry Lee McCollum and Cross-Claimant/Court-Appointed Receiver Elisa Salmon in this action are terminated.

SO ORDERED, this ___ day of _______, 2026.

____________________
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE